# UNITED STATES DISTRICT COURT
Western District of Texas

| | | |
|---|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br>**PLAINTIFF**<br><br>VS.<br><br>TEXAS EDUCATION AGENCY AND MIKE MORATH, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS EDUCATION AGENCY<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 1:26-CV-00024 |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Friday, January 9, 2026 at 3:26 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, EXHIBIT 1, CIVIL COVER SHEET for MIKE MORATH, COMMISSIONER OF THE TEXAS EDUCATION AGENCY was received by me.

On Monday, January 12, 2026 at 9:50 AM, I delivered the above-mentioned documents to Sarah Berry who represented that they were authorized to accept service on behalf of MIKE MORATH, COMMISSIONER OF THE TEXAS EDUCATION AGENCY at 1701 N. CONGRESS AVENUE, AUSTIN, TX 78701.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, January 12, 2026

*Donna Kay Flynn*

Donna Kay Flynn
Process Server
6718 Silvermine Dr #1502
Austin, TX 78736

124860.00003
DocID: P345224_1