## UNITED STATES DISTRICT COURT
Western District of Texas

| | | |
|---|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br>**PLAINTIFF**<br><br>VS.<br><br>TEXAS EDUCATION AGENCY AND MIKE MORATH, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS EDUCATION AGENCY<br>**DEFENDANT** | §§§§§§§§§§§ | CAUSE NO. 1:26-CV-00024 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Friday, January 9, 2026 at 3:29 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, EXHIBIT 1, CIVIL COVER SHEET for TEXAS EDUCATION AGENCY was received by me.

On Monday, January 12, 2026 at 9:48 AM, I delivered the above-mentioned documents to Sarah Berry who represented that they were authorized to accept service on behalf of TEXAS EDUCATION AGENCY at 1701 N. CONGRESS AVENUE, AUSTIN, TX 78701.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, January 12, 2026

*Donna Kay Flynn*

Donna Kay Flynn
Process Server
6718 Silvermine Dr #1502
Austin, TX 78736


124860.00003
DocID: P345224_2