# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS | § § § | NO:  AU:26-CV-00024-ADA |
| vs. | § § | |
| TEXAS EDUCATION AGENCY, MIKE MORATH | § § § | |

### O R D E R

    **BE IT REMEMBERED** on  this  the  20th day of January, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Kylie L. Clouse, counsel for  Plaintiff and the Court, having reviewed the motion, enters the following order:

    **IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Kylie L. Clouse may appear on behalf of <u>Plaintiff</u> in the above case.

    **IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

    **IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

    **IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

    **IT IS SO ORDERED** this 20th day of January, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE