UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS EDUCATION AGENCY and MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,<br><br>    Defendants. | CIVIL ACTION NO. 1:26-cv-00024-ADA |

## ORDER UNREFERRING CASE

    This case is hereby unreferred from Magistrate Judge Susan Hightower. The parties are instructed to email the Court's clerks at the following email address when the Motion for Preliminary Injunction (ECF No. 12) is ripe and the parties are prepared to move forward with an evidentiary hearing:

    TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov.

Signed: 01/27/2026.

                                                           ALAN D ALBRIGHT
                                          UNITED STATES DISTRICT JUDGE