**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS EDUCATION AGENCY and<br>MIKE MORATH,<br><br>*Defendants.* | CASE NO. 1:26-CV-00024-ADA-SH |

---

### DEFENDANTS' NOTICE OF APPEARANCE

---

Defendants, Texas Education Agency and Mike Morath in his official capacity as Commissioner of Texas Education Agency, file this Notice of Appearance and hereby notifies the Court that Special Counsel Brian Keith Ingram will appear as counsel in the above-captioned case. Mr. Ingram is a member of good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block

Date: January 27, 2026

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

/s/ Keith Ingram
BRIAN KEITH INGRAM
Special Counsel
Texas State Bar No. 00787746
keith.ingram@oag.texas.gov

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

RYAN D WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

COUNSEL FOR DEFENDANTS, TEXAS EDUCATION AGENCY AND MIKE MORATH

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on January 27, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

Alexander M. Wolf
Texas Bar No. 24095027
Allison Standish Miller
Texas Bar No. 24046440
Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2309
Facsimile: (713) 221-2320
awolf@steptoe.com
amiller@steptoe.com

Manuel Alfonso Quinto-Pozos
Texas Bar No. 4070459
Deats, Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
Telephone: (512) 474-6200
Facsimile: (512) 474-7896
mqp@ddollaw.com

COUNSEL FOR PLAINTIFF, TAFT

/s/ Keith Ingram
BRIAN KEITH INGRAM
Special Counsel