## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br>*Plaintiff,*<br>v.<br>TEXAS EDUCATION AGENCY and MIKE MORATH,<br>*Defendants.* | CASE NO. 1:26-CV-00024-ADA-SH |

### DEFENDANTS' NOTICE OF APPEARANCE

Defendants, Texas Education Agency and Mike Morath in his official capacity as Commissioner of Texas Education Agency, file this Notice of Appearance and hereby notifies the Court that Assistant Attorney General Brian B. Tung is appearing as counsel in the above-captioned case. Mr. Tung is a member of good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block

| | |
|---|---|
| Date: January 27, 2026 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | BRIAN KEITH INGRAM<br>Special Counsel<br>Texas State Bar No. 00787746<br>keith.ingram@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | /s/ Brian B. Tung<br>BRIAN B. TUNG<br>Assistant Attorney General<br>Texas State Bar No. 24145179<br>brian.tung@oag.texas.gov |
| RYAN D WALTERS<br>Deputy Attorney General for Legal Strategy | |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100 |
| | COUNSEL FOR DEFENDANTS, TEXAS EDUCATION AGENCY AND MIKE MORATH |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on January 27, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

Alexander M. Wolf
Texas Bar No. 24095027
Allison Standish Miller
Texas Bar No. 24046440
Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2309
Facsimile: (713) 221-2320
awolf@steptoe.com
amiller@steptoe.com

Manuel Alfonso Quinto-Pozos
Texas Bar No. 4070459
Deats, Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
Telephone: (512) 474-6200
Facsimile: (512) 474-7896
mqp@ddollaw.com

COUNSEL FOR PLAINTIFF, TAFT

    /s/ Brian Tung
    BRIAN TUNG
    Assistant Attorney General