# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS EDUCATION AGENCY and MIKE MORATH,<br><br>*Defendants.* | CASE NO. 1:26-CV-00024-ADA-SH |

## DEFENDANTS' NOTICE OF APPEARANCE

Defendants, Texas Education Agency and Mike Morath in his official capacity as Commissioner of Texas Education Agency, file this Notice of Appearance and hereby notifies the Court that Assistant Attorney General Lauren E. Saeger as counsel in the above-captioned case. Ms. Saeger is a member of good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. Her contact information is contained in the signature block.

| | |
|---|---|
| Date: January 27, 2026 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | BRIAN KEITH INGRAM<br>Special Counsel<br>Texas State Bar No. 00787746<br>keith.ingram@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | BRIAN B. TUNG<br>Assistant Attorney General<br>Texas State Bar No. 24145179<br>brian.tung@oag.texas.gov |
| RYAN D WALTERS<br>Deputy Attorney General for Legal Strategy | /s/ *Lauren E. Saeger*<br>LAUREN E. SAEGER<br>Assistant Attorney General<br>Texas State Bar No. 24149365<br>lauren.saeger@oag.texas.gov |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100 |
| | COUNSEL FOR DEFENDANTS, TEXAS EDUCATION AGENCY AND MIKE MORATH |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on January 27, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

| | |
|---|---|
| Alexander M. Wolf<br>Texas Bar No. 24095027<br>Allison Standish Miller<br>Texas Bar No. 24046440<br>Steptoe LLP<br>717 Texas Avenue, Suite 2800<br>Houston, TX 77002<br>Telephone: (713) 221-2309<br>Facsimile: (713) 221-2320<br>awolf@steptoe.com<br>amiller@steptoe.com | Manuel Alfonso Quinto-Pozos<br>Texas Bar No. 4070459<br>Deats, Durst & Owen PLLC<br>2901 Bee Caves Rd., Suite L<br>Austin, TX 78746<br>Telephone: (512) 474-6200<br>Facsimile: (512) 474-7896<br>mqp@ddollaw.com<br><br>COUNSEL FOR PLAINTIFF, TAFT<br><br>*/s/ Lauren E. Saeger*<br>LAUREN E. SAEGER<br>Assistant Attorney General |

3