# EXHIBIT 1



You're not friends on Facebook



Add friend  Profile

🔒 Messages and calls are secured with end-to-end encryption. Only people in this chat can read, listen to, or share them. Learn more

WED 8:31 PM

Hey, you sick bitch. I'm only about an hour and a half away. Why don't we see if you're brave enough to spew your vile, hateful rhetoric to the face of someone who will do something about it? Fucking cunt.

If you accept, ▊ will be able to call you and may see info like your Active Status and when you've read messages. Choose who can message you

Block    Delete    Accept