UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS,<br><br>　　Plaintiff,<br><br>v.<br><br>TEXAS EDUCATION AGENCY and MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,<br><br>　　Defendants. | CIVIL ACTION NO. 1:26-cv-00024-ADA |

**ORDER**

On February 17, 2026, Plaintiff filed a Reply in Support of its Motion for Preliminary Injunction (ECF No. 20) and subsequently filed a Corrected Reply later that day (ECF No. 21). Plaintiff has requested that the Court strike ECF 20 and treat it as a duplicate filing.

**IT IS HEREBY ORDERED** that the filing at ECF No. 20 is STRICKEN from the docket as a duplicate.

The Clerk of the Court is requested to update the docket accordingly.

Signed: 02/19/2026.

　　　　　　　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE