# EXHIBIT 1



Dear Superintendents,

TEA has been made aware of some Texas public school educators that have posted and/or shared reprehensible and inappropriate content on social media related to the assassination of Charlie Kirk. These educators' comments do not reflect the vast majority of Texas teachers who are dedicated practitioners that work diligently to serve the more than 5.5 million impressionable young minds in our classrooms.

In response to such posts, I am referring all documentation of educators that have proliferated such vile content to TEA's Educator Investigations Division. Such posts could constitute a violation of the Educators' Code of Ethics, and each instance will be thoroughly reviewed to determine whether sanctionable conduct has occurred and staff will investigate accordingly.

While the exercise of free speech is a fundamental right we are all blessed to share, it does not give carte blanche authority to celebrate or sow violence against those that share differing beliefs and perspectives. Mr. Kirk was a father and a husband, and tragically, his children no longer have their father, and his wife no longer has her spouse. As a father and husband myself, and as someone devoted to the education of children, it is heartbreaking.

If you are made aware of additional instances of inappropriate content being shared, it should be reported to the agency through TEA's Misconduct Reporting Portal.

I commend the swift action taken by the leadership of the districts that employ these educators. Respect is a core tenet of what we teach and reinforce to our students, and together, we can ensure that such values continue to be reflected in our Texas public schools.

In service,

*[signature]*

Mike Morath

Commissioner of Education

The State of Texas