AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Texas American Federation of Techers | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00024-ADA |
| Mike Morath | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Texas American Federation of Teachers                                                              .

Date:     03/05/2026

*David Isaak*
*Attorney's signature*

David Isaak; SBN: 24012887
*Printed name and bar number*

Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, Texas 77002
*Address*

disaak@steptoe.com
*E-mail address*

(713) 221-2352
*Telephone number*

(713) 221-2320
*FAX number*