# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TEXAS AMERICAN FEDERATION OF TEACHERS,** <br><br> **Plaintiff,** <br><br> v. <br><br> **MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,** <br><br> **Defendant.** | **CIVIL ACTION NO. 1:26-cv-00024** |

**DECLARATION OF** ▓▓▓ Teacher 4 ▓▓▓
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, ▓▓▓▓▓▓▓ declares:

1. My name is ▓▓▓▓▓▓▓. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The following statements are made within my personal knowledge and are true and correct.

2. I am a second-grade teacher in a Texas public elementary school. During my 14 years of teaching, I have never been reprimanded for my social media use before.

3. I am a member of Texas AFT.

4. On September 10, 2025, I expressed on my personal Facebook page my opinion that Mr. Kirk was fueling racism in our country and my frustration about the lack of public outrage for school shootings in comparison to the public's reaction to Mr. Kirk's death. My Facebook page was set to private. I took it very personally when Mr. Kirk spoke about gun deaths in a flippant manner or spoke against immigration. I have taught many immigrant children in my career, and for me, posting about Mr. Kirk's views on immigration was my way of standing up for them.

1

5. None of my students or their parents are friends with me on Facebook. Similarly, none of my current coworkers at my school are friends with me on Facebook.

6. Shortly after I posted about Mr. Kirk on my Facebook page, a friend of mine who works as a librarian in my school district told me that it would be best if we took political posts off of both of our social media accounts. She had heard that Mike Morath, the TEA Commissioner, was planning to issue a policy targeting those who spoke critically of Mr. Kirk, and my friend thought it was best if we got ahead of it. She and I sat together and went through all of our posts—I looked at her Facebook, she looked at mine, and we looked at our own. We deleted not only posts that were critical of Mr. Kirk, but all political posts we thought could be targeted by Mr. Morath and the TEA. We went as far back as when President Trump was elected the second time.

7. At no time did any parents or students inform me that they were aware of my posts on Facebook. These posts did not impact my ability to perform my job duties in any way.

8. On September 12, 2025, Mr. Morath issued the TEA Policy that my friend had heard about.

9. The following Monday, September 15, my principal pulled me out of my classroom. He pulled me into the conference room and informed me that my posts had been reported to him. He asked me for my side of the story and asked if I had seen Mr. Morath's letter. I told my principal that I already deleted the posts before Mr. Morath published the TEA Policy because I heard that he was planning on targeting teachers with posts like mine. My principal then asked me to write a statement, which I did with the help of my AFT Local President. A copy of this statement is attached to this Declaration as Exhibit A.

10. I do not know the identity of the person who reported my posts to my principal.

11. On September 30, 2025, my principal pulled me from my classroom once again to follow up on the discussion we had regarding my posts about Mr. Kirk. He showed me a memorandum

of expectations, which I have attached to this Declaration as Exhibit B. He asked me to sign the memo, which I did.

12. The impact of this policy has been severe for me. It has been concerning to hear of other teachers losing their jobs, and I became fearful that if my posts made in a personal capacity don't align with the political views of the TEA, it could cost me my career.

13. Since this happened, I haven't posted as much on social media. I am especially afraid about posting on political issues. When I do post, I leave my thoughts very vague for fear of being targeted again. This has been frustrating, as I would like to be able to continue voicing my opinions without fear of reprisal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2026

# EXHIBIT A

Sept 15 2025

To whom it may concern:

Last week during a tragic shooting I exercised my First Amendment rights to disagree with the political speaker who was shot. While I don't condone what happened to him, I can't help but to remember his own words regarding tragic events like this and the parallels to what innocent school children go through in American school.

I learned about the email regarding The Commissioner of Education for the TEA announced investigations on Monday morning as I got to my classroom and opened my emails first thing.

I had deleted my posts on social media on Sunday night after fearing retaliation over rumors of proposed sanctions against those educators who voiced their opinions.

Further discussion into the posts, my social media or opinions on this matter will need to be addressed with me and my AFT representatives. Thank you.

█████████

# EXHIBIT B



**Title I Campus**

Phone

September 30, 2025

TO: ▮▮▮▮▮▮▮▮ 2nd grade dual teacher

FROM: ▮▮▮▮▮▮▮▮, Principal ▮▮▮▮▮▮▮▮

RE: Memorandum of Expectations

This memorandum is provided to summarize concerns regarding your social media posts regarding the assassination of Charlie Kirk. Specifically, concerns were as follows:

On Saturday, September 13, 2025, I received a phone call from the Chief of Schools and Leadership, Mr. ▮▮▮▮▮▮, notifying me that a teacher from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, had made several postings through social media regarding the assassination of Charlie Kirk and that it was under investigation.

Mr. ▮▮▮▮ inquired if I had sent the information from the Commissioner of Education Mike Morath to ▮▮▮▮▮▮ staff. I informed Mr. ▮▮▮▮ that I emailed ▮▮▮▮▮▮▮▮ staff with the information from the Commissioner of Education Mike Morath on Friday, September 13, 2025. I then spoke to you on Monday, September 15, 2025, about the postings you made regarding the assassination of Charlie Kirk.

You made the following posts on your social media: "Ill never mourn a fascist and frankly you're the weird one if you do." "If you support trump or Charlie Kirk and get called a racist. Don't be mad for being called out and block me. Just don't be racist. Its better and more actually Christian. Or block me. You should go away" "Today in America: we interrupt the assassination at a college to bring you news of a shooting at a high school." "Imagine feeling bad for a racist but not for innocent school children. Thoughts and prayers or whatever" "I kind of wish I hadn't watched the Charlie Kirk video, but what a horrible realization that so many children have seen the same thing, only with their little friends right in front of them." "No one deserves to die like that but dont pretend hes a martyr" "Yes, he REALLY said that." "I'M SORRY A BLACK PILOT, I'M GOING TO BE LIKE, 'BOY, HOPE HE'S QUALIFIED.'" "Charlie Kirk, the anti-immigrant, anti-abortion, anti-women's rights, anti-bullying-human-human-rights, very" "Let's make one thing clear from the start: Charlie Kirk was the victim of a shooting in a country where he, along with other right-wing extremist influencers, have been inciting violence for years. Kirk is neither a martyr nor a hero, he is a cause."

On Monday morning, September 15, 2025, I spoke to you about postings you made through your social media regarding the assassination of Charlie Kirk. I asked you if you had received the email I forwarded to staff on Friday, September 13, 2025, with information sent by the Commissioner of Education Mike Morath regarding the assassination of Charlie Kirk. You stated that you received it but did not completely read it. I informed you that your social media postings regarding Charlie Kirk's assassination were forwarded to the Superintendent, and the information was shared with me.

You stated that you had removed the social media postings before our conversation. You did not confirm the exact date when the postings were deleted. I informed you to use caution when you post regarding sensitive information as an educator and professional, because any information that she posts can seem inappropriate by the public and shared with district staff.

On September 15, 2025, Human Resources received the report regarding the allegations. Human Resources asked me if you had shared the exact dates of your postings on social media. I asked you after school on September 15, 2025, for the dates of your postings on social media. I forwarded your statement of our meeting from the morning on September 15, 2025, and in that statement, you stated that you deleted the posting on Sunday, September 14, 2025.

As a result of these findings, it was determined that you violated the following Board policies:

- Standard 1.7. The educator shall comply with state regulations, written local school board policies, and other state and federal laws.
- Beginning immediately, you are to comply with the following administrative directives: As an employee, you are expected to conduct yourself in a professional and ethical manner. This is to include inappropriate postings to social media as you are representing yourself as an educator of the District.

Your full cooperation is expected. Please be advised that your failure to follow these directives may result in further disciplinary action, including and up to termination.

ACKNOWLEDGEMENT

This documentation may also be considered cumulative data for any future incidents. You are invited to respond in writing to this memorandum; and if submitted, the response will be attached. If you wish to respond, you are directed to do so within ten working days. Your dated signature indicates that you have received and reviewed a copy of this memorandum. It does not mean that you agree with its contents.

[signature redacted]    10/1/25
Employee's Signature    Date

[signature redacted]    10/1/25
Supervisor's Signature    Date

Cc: Campus File
    HR Personnel File