# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **TEXAS AMERICAN FEDERATION OF TEACHERS,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:26-cv-00024** |
| **MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,** | |
| **Defendant.** | |

**DECLARATION OF** ████ Teacher 5 ████
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, ███████████ declares:

1. My name is ███████████ I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. The following statements are made within my personal knowledge and are true and correct.

2. I have been a teacher for eight years. I currently teach a remediation class for students who fail the Algebra I STAAR examination (State of Texas Assessments of Academic Readiness) in a public high school in Texas. The 2025-2026 school year was my first year teaching at my current school.

3. I am a member of Texas AFT.

4. During my eight years as an educator, I have never been disciplined by my school or district.

5. I pride myself on being very good at building relationships with both students and parents.

6.   On September 10, 2025, following Charlie Kirk's death, I posted the following on my personal, private Facebook page (which only my Facebook friends could see): "Rest in the same amount of peace you wished on minorities, LGBTQ+, and women."  I also reposted a photo of an Oscar Wilde quote: "Some men improve the world only by leaving it."  Neither of my posts mentioned Mr. Kirk by name.  Screenshots of these posts are attached to this Declaration as Exhibit A.  When I saw that my Facebook friends were arguing with each other in the comments of my posts, I archived both posts so that the comment sections were no longer active.

7.   None of my students are friends with me on Facebook, nor are any of their parents.  At no point did any of my students indicate that they had seen my posts on Facebook.  The Friday after Mr. Kirk was killed, my students tried to talk about it in class, but I changed the subject.

8.   The following Monday, September 15, my principal texted me during second period and said she needed to speak with me.  She came to my classroom and said that she didn't know what I posted, but that the district's human resources department wanted to speak to me about it.  She also said that she was planning on telling our coworkers during our staff meeting to lock down their social media because people were reporting posts about Mr. Kirk.

9.   I met with an individual from human resources and my principal. The human resources representative began our meeting by asking me to state what I had posted on social media related to Mr. Kirk.  I mentioned my two posts.  I said that I do not condone what happened to Mr. Kirk.

10. I was under the impression that the human resources representative was personally offended by my posts.  He said I was alienating a large percentage of the school's stakeholders who share Mr. Kirk's beliefs.  He told me that someone reported my posts to my district, but I was not given their identity.

2

11. During the meeting, my principal seemed to be more impartial.  She was not supposed to be advocating for me but was asking pointed questions that gave helpful context to my case.

12. The human resources representative told me that I failed to meet district standards of professional conduct as outlined in the employee handbook.  He said that I would be placed on leave, there would be a board meeting to discuss the final outcome of my case, and I would know more within a week.

13. I was out of the classroom for nine workdays.  I am the only person at my school who teaches my class, so it is not an easy class for substitute teachers to pick up.  As a result, while I was on leave, my students were not given their correct assignments.  Some of my students messaged me with concern, because their substitute teacher told them that I was fired and not returning.

14. While I was on leave, colleagues sent around copies of the TEA Policy issued by Commissioner Mike Morath to warn myself and other educators to be careful about what we posted.

15. I was then called into a meeting with human resources and given a written reprimand, which is attached to this Declaration as Exhibit B.  The human resources representative thanked me for being respectful during the investigation and said, "I don't feel like you negatively impacted your work at [my school], but we needed to investigate."  He also stated that he believed the reaction to my posts was blown out of proportion.

16. The written reprimand I received directed me to immediately "refrain from making comments/posts on social media that may have an adverse impact on [my] ability to be effective in [my] role as a District employee."  Ex. B at 2.

3

17. I was reported to the TEA on September 25, 2025.  I only found out that I was reported to the TEA after I submitted two Texas Public Information Act requests for any and all notes, emails, written documents, and recorded information related to this incident.  The report my district made about me to the TEA is attached to this Declaration as Exhibit C.

18. Before these events took place, my school was the best workplace I had ever encountered. I had received positive feedback from my peers and supervisors that was reaffirming that teaching was what I was meant to do.

19. When I returned from leave, I learned that several of my coworkers wondered if I had an inappropriate relationship with a student, because that is the only misconduct for which they see people take leaves as long as mine.  I worry about the perception that my coworkers and students had when I was gone.

20. I also had to rebuild the trust of my students and their parents.  My students have special needs, and they didn't understand why I wasn't answering their emails when I was on leave.  Some students told me that they had to defend me to their parents, because their parents would say, "What kind of teacher abandons their students?"

21. The hardest part has been that I know that I am a professional person.  I am always careful about how I say things while I am in school, and I try to build positive relationships and not alienate people.  I now feel very insecure about being myself at work.  I now feel like I have to repair relationships with my peers and students to reaffirm who I am and what I can bring to this school.

22. After this experience, I uninstalled the Facebook app from my phone, and I refrain from posting anything personal or political on social media.  I also went through my Facebook and deleted recent political and social commentary I made before this incident.  I now feel like I do not have the security to share my opinions online without facing professional consequences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 7, 2026

# EXHIBIT A





5d · 🔒

# Rest in the same amount of peace you wished on minorities, LGBTQ+, and women.

 + 50

32 comments

 Like

 Comment

# EXHIBIT B

██████████████
██████████████
██████████████

To:       ████████████  Teacher, ████████████
From:     ████████████, Principal, ████████████
Date:     September 25, 2025
Subject:  Reprimand

This Reprimand is being issued to address your failure to act in accordance with the District's Employee Standards of Conduct Policy and Board Policy ████ (Local) and the Employee Handbook. This memo is a document evaluating your performance pursuant to Texas Education Code 21.355.

On September 12, 2025, the district received communication regarding alleged inappropriate social media comments made by you. An investigation was conducted. The investigation revealed that you posted the following information in an online Facebook Post:

> "Rest in the same amount of peace you wished on minorities, LGBTQ+, and women."

Additionally, you reposted the following content via your Facebook social media page:

> "Some men improve the world only by leaving it.."

This information was reported to the district by a community member who recognized that you were a teacher and stated,

> "It has come to my attention that one of your teachers has expressed this on a public platform. It brings great discreetness to ████ A death to any human is tragic no matter what political party you lean towards. I do not feel comfortable with my children or any child being educated by this Individual. I expect ████ to take a further look into this matter."

Another community member also emailed concerns that read,

> "I am a citizen in ████████ and I am writing you tonight with concerns about a math teacher at ████ high school. After Charlie Kirk's assassination, she posted celebratory content on her Facebook page. This is inappropriate coming from an educator who interacts with students on a daily basis. I would ask that ████████ Investigate and report to TEA as outlined in the letter from the commissioner today. I have attached copies of the screenshots for your reference."

In a meeting with your supervisor and Human Resources you admitted that you posted the content on Facebook.

While employees have their individual rights to political preference and freedom of speech, we are also bound to the Educator Code of Ethics and responsible for conducting ourselves in a manner that does not impact our ability to be effective in our roles.

You have acknowledged receipt of the ████████ Employee Handbook, which states in part, "employees are responsible for their public conduct even when they are not acting as district employees. Employees will be held to the same professional standards in their public use of electronic media as they are for any other public conduct. If an employee's use of electronic media interferes with the employee's ability to effectively perform his or her job duties, the employee is subject to disciplinary action, up to and including termination of employment." (████ p. 68).

The District expects employees to act in accordance with its policies; and exhibit behavior that results in sound decision-making practices. Your comments were unprofessional and unbecoming of a professional educator.

Your actions, as they relate to the personal use of social media, are in violation of ███ Board Policy ███ (Local):

- o "Failure to meet the District's standards of professional conduct"
- o "Any activity, school-connected or otherwise, that, because of publicity given it, or knowledge of it among students, faculty, or the community, impairs or diminishes the employee's effectiveness in the District."
- o "Failure to maintain an effective working relationship, or maintain good rapport, with parents, the community, or colleagues."

**Effective immediately directives for changes in behavior are as follows:**

1. You are to refrain from making comments/posts on social media that may have an adverse impact on your ability to be effective in your role as a District employee.
2. Recognize and demonstrate professionalism in all your public communications, in compliance with ███████████████████████ policies.

It is expected that you will follow district policy. Failure to follow district policy may result in further disciplinary action up to and including recommendation for termination with ███████████ Should more come of this matter, additional consequences, up to and including a recommendation for termination of employment may occur.

**Acknowledgement**

I understand that my signature does not indicate agreement. I further understand that I have the right to respond within 10 days if I disagree. A copy of this document will be placed in your personnel file at Central Administration.

| ███████ Teacher | 9/24/2025 Date | ███████ Principal | 9/24/25 Date |

5:48 ◢                                    ·ıll 5G+ ▣

‹                    ███████████████        ···    🔍

**Posts**      **Photos**      **Reels**

◯  What is Oscar Wilde's most famous work?      Osca

Oscar Wilde's most famous quotes          More about Osc

👍💬 8                                3 comments

👍 Like              💬 Comment              ↗ Share
─────────────────────────────────────────────

██████  ████████████████████████          ···
        1h · 👥

# Rest in the same amount of peace you wished on minorities, LGBTQ+, and women.

👍💬 8                                3 comments

👍 Like              💬 Comment               Send



1h · 👥

· · ·

 **Blcksmth** ✔ · **Follow**

2h · 🌐

I can choose to *not celebrate* but also not be sad

SOME MEN IMPROVE THE WORLD ONLY BY LEAVING IT

—OSCAR WILDE



 1h · 👥

# Rest in the same amount of peace you wished on minorities, LGBTQ+, and women.

👍❤️ 15                              5 comments

👍 Like              💬 Comment              📤 Send

 1d · 👥

**Facts They Don't Teach You** · **Follow**
Sep 2 · ⚙️

In a quiet town in Germany, a revolutionary idea is quietly reshaping how people think about ownership and community. Unlike trad... **See more**



# EXHIBIT C



September 25, 2025

*Via TEA Misconduct Portal*

Director of Educator Investigations
Texas Commissioner of Education
1701 N. Congress Avenue, 5th Floor
Austin, Texas 78701

Re: Tex. Educ. Code § 21.006; 19 Tex. Admin. Code § 249.14 Report

Dear Director of Educator Investigations:

This letter is sent pursuant to the Commissioner's letter of September 15, 2025, to file a written report of social media posts involving the death of Charlie Kirk.

The identity of the educator is ███████████    Teacher at ███████████
School District.

Address:

Phone:
TEA ID:
SS:
DOB:



**NAMES AND CONTACT INFORMATION OF RELEVANT WITNESSES:**

███████████ Principal

**BRIEF DESCRIPTION OF WHAT OCCURRED:**

On September 12, 2025, ███████████ School District was notified of an incident involving ███████████ Teacher at ███████████

On September 12, 2025, the District received communication regarding alleged inappropriate social media comments made by Ms. ███████. An investigation was conducted and revealed that Ms. ███████ posted the following information via her Facebook page:

Page 2

"Rest in the same amount of peace you wished on minorities, LGBTQ+, and women."

Additionally, ███████ reposted the following content via her Facebook social media page:

"Some men improve the world only by leaving it."

This information was reported to the District by a community member who recognized that ███ ███████ was a teacher at ████████████ School District and expressed their concern. More specifically, "It has come to my attention that one of your teachers has expressed this on a public platform. It brings great discreetness to ████ A death to any human is tragic no matter what political party you lean towards. I do not feel comfortable with my children or any child being educated by this Individual. I expect ████ to take a further look into this matter."

Additionally, another community member emailed concerns stating the following: "I am a citizen in ██████ and I am writing you tonight with concerns about a math teacher at ████████ ████████ After Charlie Kirk's assassination, she posted celebratory content on her Facebook page. This is inappropriate coming from an educator who interacts with students on a daily basis. I would ask that ████████ Investigate and report to TEA as outlined in the letter from the commissioner today. I have attached copies of the screenshots for your reference."

On September 15, 2025, ████████ admitted to posting or reposting the following content via her Facebook page:

- "Rest in the same amount of peace you wished on minorities, LGBTQ+, and women."

- "Some men improve the world only by leaving it."

On September 15, 2025, ████████ was placed on district-initiated leave pending the outcome of the investigation. The allegations were substantiated, and ████████ was issued a written reprimand. She returned to the classroom effective September 25, 2025.

████████ Chief Talent Officer, conducted the investigation and may be able to give you additional information about this investigation. He may be contacted by calling ████████ The documents related to this SBEC report, including the written reprimand, are attached.

If you have further questions, please feel free to contact me or ████ Office of Legal Counsel at ████████

Sincerely,

Superintendent

██████████████████

To:       ████████ Teacher, ████████████
From:     ████████ Principal, ████████████
Date:     September 25, 2025
Subject:  Reprimand

This Reprimand is being issued to address your failure to act in accordance with the District's Employee Standards of Conduct Policy and Board Policy ████ (Local) and the Employee Handbook. This memo is a document evaluating your performance pursuant to Texas Education Code 21.355.

On September 12, 2025, the district received communication regarding alleged inappropriate social media comments made by you.  An investigation was conducted.  The investigation revealed that you posted the following information in an online Facebook Post:

> "Rest in the same amount of peace you wished on minorities, LGBTQ+, and women."

Additionally, you reposted the following content via your Facebook social media page:

> "Some men improve the world only by leaving it.."

This information was reported to the district by a community member who recognized that you were a teacher and stated,

> "It has come to my attention that one of your teachers has expressed this on a public platform. It brings great discreetness to ████ A death to any human is tragic no matter what political party you lean towards. I do not feel comfortable with my children or any child being educated by this Individual. I expect ████ to take a further look into this matter."

Another community member also emailed concerns that read,

> "I am a citizen in ████████ and I am writing you tonight with concerns about a math teacher at ████ high school. After Charlie Kirk's assassination, she posted celebratory content on her Facebook page. This is inappropriate coming from an educator who interacts with students on a daily basis. I would ask that ████████ Investigate and report to TEA as outlined in the letter from the commissioner today. I have attached copies of the screenshots for your reference."

In a meeting with your supervisor and Human Resources you admitted that you posted the content on Facebook.

While employees have their individual rights to political preference and freedom of speech, we are also bound to the Educator Code of Ethics and responsible for conducting ourselves in a manner that does not impact our ability to be effective in our roles.

You have acknowledged receipt of the ████████ Employee Handbook, which states in part, "employees are responsible for their public conduct even when they are not acting as district employees. Employees will be held to the same professional standards in their public use of electronic media as they are for any other public conduct. If an employee's use of electronic media interferes with the employee's ability to effectively perform his or her job duties, the employee is subject to disciplinary action, up to and including termination of employment." ████ p. 68).

The District expects employees to act in accordance with its policies; and exhibit behavior that results in sound decision-making practices. Your comments were unprofessional and unbecoming of a professional educator.

Your actions, as they relate to the personal use of social media, are in violation of ███ Board Policy ███ (Local):

- o "Failure to meet the District's standards of professional conduct"
- o "Any activity, school-connected or otherwise, that, because of publicity given it, or knowledge of it among students, faculty, or the community, impairs or diminishes the employee's effectiveness in the District."
- o "Failure to maintain an effective working relationship, or maintain good rapport, with parents, the community, or colleagues."

**Effective immediately directives for changes in behavior are as follows:**

1. You are to refrain from making comments/posts on social media that may have an adverse impact on your ability to be effective in your role as a District employee.
2. Recognize and demonstrate professionalism in all your public communications, in compliance with ███████████ School District's policies.

It is expected that you will follow district policy. Failure to follow district policy may result in further disciplinary action up to and including recommendation for termination with ███████ Should more come of this matter, additional consequences, up to and including a recommendation for termination of employment may occur.

**Acknowledgement**

I understand that my signature does not indicate agreement. I further understand that I have the right to respond within 10 days if I disagree. A copy of this document will be placed in your personnel file at Central Administration.

| ████████████ | 9/24/2025 | ████████████ | 9/24/25 |
|---|---|---|---|
| Teacher | Date | Principal | Date |

5:48 ✈                                    ‧‧‧ll 5G+ 🔋

‹                    ███████████          ‧‧‧   🔍

**Posts**      **Photos**      **Reels**

⭘  What is Oscar Wilde's most famous work?      Osca

Oscar Wilde's most famous quotes      More about Osc

👍❤ 8                                    3 comments

👍 Like            💬 Comment            ↪ Share

███  ████████████████                            ‧‧‧
      1h · 👥

# Rest in the same amount of peace you wished on minorities, LGBTQ+, and women.

👍❤ 8                                    3 comments

 Like        Comment       Send



1h · 👥

· · ·

 **Blcksmth** ✔ · Follow

2h · 🌐

I can choose to *not celebrate* but also not be sad



■■■■■■■■■■

1h ·                     •••

# Rest in the same amount of peace you wished on minorities, LGBTQ+, and women.

 15                    5 comments

  Like            Comment            Send

■■■■■■■■■■■                    •••

1d · 

■■■■■■■■■■■

Sep 2 · ⚙

In a quiet town in Germany, a revolutionary idea is quietly reshaping how people think about ownership and community. Unlike trad... **See more**

