# EXHIBIT 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TEXAS AMERICAN FEDERATION OF TEACHERS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,**<br><br>**Defendant.** | **CIVIL ACTION NO. 1:26-cv-00024** |

**DECLARATION OF** ▮Teacher 6▮
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, ▮▮▮▮▮▮▮▮ declares:

1. My name is ▮▮▮▮▮▮▮▮. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The following statements are made within my personal knowledge and are true and correct.

2. I have been a teacher for five years. I have worked within the Texas public school system throughout my entire teaching career. I currently teach art for seventh and eighth grade.

3. I am a member of Texas AFT.

4. I am an active member of my school's community as the faculty sponsor of the art club, National Junior Honor Society, and campus climate and culture committee. I receive recognition from my school at the end of the year for my involvement in these clubs for the students.

5. In my five years as a public school educator, I have never been disciplined by my school or district.

1

6. On the evening of September 10, 2025, I posted a story[1] on my personal, private Instagram account about Charlie Kirk. The story was a screenshot of an article quoting Mr. Kirk on gun violence: "I think it's worth to have a cost of, unfortunately, some gun deaths every single year so that we can have the Second Amendment to protect our other God-given rights." I added what is known as a "sticker" to the post, which was a cartoon GIF of a tombstone that said "DAMN RIP LOL" on it. The sticker was a pre-made graphic available on Instagram, not something I made or created myself. A screenshot of this post is attached to this Declaration as Exhibit A.[2]

7. None of my current students, their parents, or former student were followers of my Instagram account.

8. About three hours later, I took the post down.

9. The next day started like any other. Around 1:00 p.m., I started receiving harassing emails and voicemails calling me homophobic slurs on my classroom phone and my personal phone. I initially dismissed the calls and emails, thinking they were a student prank. I soon discovered that someone was sharing my contact information on X (formerly Twitter) because they did not like my Instagram post.

10. During one of my class periods, I was called to the front desk over the intercom. I met with my principal and told her that I was being doxed for my Instagram post and wanted her to be aware of the situation. She told me that she wanted to make me aware of the situation as well, but that she looked for the comment that I made and could not find it. I asked my principal if my job was in jeopardy, and she told me that nothing I said would get me fired. I then returned to my classroom to finish teaching for the day.

---

[1] An Instagram "story" is a short photo or video post shared on the Instagram platform that is viewable by the user's followers for a limited period of 24 hours before it automatically disappears.

[2] I do not have access to my post anymore because I deleted it. I therefore attach a screenshot of a post on X (formerly Twitter) that contains a screenshot of my original post.

2

11. At no time did my Instagram post affect my ability to perform my job duties.

12. The following day, September 12, 2025, was picture day at my school. I was on my way to my classroom early to set up for pictures when my principal called me and told me that I needed to report to human resources.

13. When I met with human resources, a representative showed me a screenshot of my post and asked me to explain it. Throughout the meeting, I had the impression that the human resource representative did not understand that this post was made on a private, personal Instagram account, and was screenshotted and circulated without my permission. At the end of the meeting, the human resource representative informed me that I was being placed on paid leave while they investigated my post.

14. When I was initially placed on leave, I expected to shortly return to my classroom. This was because I knew of an incident on my campus during the 2021-2022 school year, where there was a video going around of a teacher physically attacking a student. The response from the administration was to place that teacher on 2-3 weeks of paid leave and then allow that teacher to return to the classroom. Because my post, which did not call for any violence, seemed minor in comparison, I was not yet worried that my job was in jeopardy.

15. The following Monday, September 15, I was called into school to discuss the results of the investigation. In that meeting, I was informed that the Superintendent recommended my termination. The human resources representative explained to me that I was being terminated because of the Commissioner of Education's letter issued on September 12 ("TEA Policy"), and that if the school did not comply with the TEA Policy, the district's funding could be at risk. I was also told that I could not speak with any of my colleagues until after October 6.

3

16. I also run a public Instagram page dedicated to showcasing my personal artwork, which was separate from the account where I made the post. Quickly after I was placed on leave, my students began commenting on my artwork posts saying that they missed me and wanted me to come back.

17. I received a written notice of formal investigation from the TEA on September 23, 2025, which is attached to this Declaration as Exhibit B. This letter informed me that the State Board of Educator Certification ("SBEC") received "information that could potentially impact [my] Texas educator certificate(s)." The letter cited inappropriate social media communication as the allegation against me and informed me that an investigation notice had been placed on my online certification record. For months, my teacher's certificate on the TEA's Certificate Lookup website had the following note at the bottom: "Note: This individual is currently under review by the TEA Educator Investigations Division." A copy of this online certificate, downloaded on Tuesday, January 13, 2026, is attached to this Declaration as Exhibit C. My understanding was that this "flag" on my certification would prevent me from obtaining employment within the Texas public school system.

18. I was also publicly listed on the TEA's "Do Not Hire" registry as "Under Investigation" for months. This is puzzling to me because on the TEA's website, the TEA describes the registry as a place that lists "non-certified individuals who are under investigation."[3] Because I have my teaching certification, it does not make sense why I would be listed on this registry. My listing on the registry was very concerning, because TEA describes being listed as "Under Investigation" as "based on allegations that the individual abused or was involved with an inappropriate relationship with a student or minor." I have never been accused of having an inappropriate relationship with

---

[3] *See* TEXAS EDUC. AGENCY, *Do Not Hire Registry*, https://tea.texas.gov/texas-educators/investigations/do-not-hire-registry (last visited Mar. 10, 2026).

4

a student or minor. This false accusation of an inappropriate relationship with a student is highly damaging to my reputation, and being listed on the Do Not Hire list made it impossible for me to be hired as a public school teacher in Texas. A copy of this registry, downloaded on Friday, January 16, 2026, is attached to this Declaration as Exhibit D.

19. On October 7, 2025, I received a notice of proposed termination of my term employment contract from my Superintendent, which is attached to this Declaration as Exhibit E. In this letter, the Superintendent wrote: "you made a post on your personal Instagram account in which you condoned, if not celebrated, the recent assassination of a political activist."

20. I appealed my proposed termination and sought a hearing. I knew if I lost the hearing and my termination was upheld and became final, I would not be able to pursue open teaching positions because there was a flag on my certificate and I was listed on the Do Not Hire list. The school district dismissed my termination proceeding in December of 2025. I returned to my classroom in January 2026 for the spring semester.

21. After this experience, I do not have the stomach for political discourse anymore. I generally avoid posting my opinions on political issues because I don't want to be retaliated against by the TEA. In the aftermath of my post, I lost ten pounds from the stress of the public pressure put on me as a result of the TEA Policy. While I am excited to get back to helping my students strengthen their art skills, the reaction from the TEA permanently affected me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2026

# EXHIBIT A



# EXHIBIT B



**Commissioner Mike Morath**

1701 North Congress Avenue • Austin, Texas 78701-1494 • 512 463-9734 • 512 463-9838 FAX • tea.texas.gov

**September 23, 2025**

███████████████

## WRITTEN NOTICE OF FORMAL INVESTIGATION

**RE: Report to the State Board for Educator Certification**

Dear ████████████████,

The State Board for Educator Certification (SBEC) has received information that could potentially impact your Texas educator certificate(s). Pursuant to 19 Texas Administrative Code (TAC) §249.14, the Educator Investigations Division has opened a case file to review and investigate this information.

The allegations are as follows:

Inappropriate Social Media Communication

Due to the allegations, an investigation notice has been placed on your online certification record. This notice will remain on your certification record during the investigation unless you are able to show cause, in writing, within ten days of receipt of this letter, why the notice should be removed. We appreciate your cooperation.

You may contact your assigned investigator with questions:

Robert Casper
Investigator
Robert.Casper@tea.texas.gov
512-463-9045

For further Investigation information, please visit the following site: https://tea.texas.gov/texas-educators/investigations/educator-misconduct-investigations

Respectfully,

Educator Investigations Division

Page 1 of 1

# EXHIBIT C

[View Certificate History](#)

# Texas Educator Certificate

**Click here to go to EDUCATOR SANCTION section**

*This certifies that*



*has fulfilled requirements of state law and regulations of the*
### State Board for Educator Certification
*and is hereby authorized to perform duties as designated below:*

**STANDARD**

| Description | Effective Date | Expiration Date | Status |
|---|---|---|---|
| **Classroom Teacher** | | | |
| Art Grades (EC-12) | 06/28/2022 | 10/31/2027 | Valid |

*Note: This individual is currently under review by the TEA Educator Investigations Division.*

**Official Record of Certification**
Tuesday, January 13, 2026

[ New Search ]

# EXHIBIT D



# Public Registry Search

This registry contains a list of individuals who are not eligible for employment in Texas by a school district, district of innovation, open-enrollment charter school, other charter entity, regional education service center, or shared services arrangement.

**Instructions:** Enter a First Name (minimum 2 characters) and Last Name (minimum 3 characters) of the person to search. Click 'Search' to begin the lookup. Click 'Clear' to clear the first name and last name fields for a new search.

First Name *

[▮▮▮▮▮▮▮▮▮▮]

Last Name *

[▮▮▮▮▮▮▮▮▮▮]

Search    Clear

## Registry Search Results

The Registry Status definitions are as follows:

**Not Eligible For Hire -** The individual is not eligible to be employed by a public school and may not be hired in any role.

**Under Investigation -** Pursuant to TEC §22.094, a non-certified employee is currently under investigation by TEA based on allegations that the individual abused or was involved in an inappropriate relationship with a student or minor. The notation means the matter is ongoing and the individual's eligibility for employment has not yet been determined.

**Date on Registry -** Represents the date an individual was found to be not eligible for employment in a public school. The earliest date listed will be January 2, 2020, which was the date the Registry was launched.

**Approximate Age -** Calculated as the number of years between the current year and the person's birth year.

| ▮▮▮▮▮ | ▮▮▮▮▮ | 31 | Under Investigation |  |
|---|---|---|---|---|

1/2

Copyright ©2020-2026 Texas Education Agency (TEA). All Rights Reserved.
Version 2.3.7.1

# EXHIBIT E

October 7, 2025

*Via hand delivery*

Re: Notice of Proposed Termination of Term Employment Contract for the 2025-2026 School Year

At its meeting on October 6, 2025, the Fort Bend ISD Board of Trustees voted to propose the termination of your term contract for good cause due to your recent online conduct that is unacceptable of a ▓▓▓▓▓▓▓▓▓▓ Specifically, you made a post on your personal Instagram account in which you condoned, if not celebrated, the recent assassination of a political activist. Your posts were widely circulated, and, because you were publicly identified as a ▓▓▓▓▓▓ employee, caused a significant disruption to the District's operations. Your conduct has undermined the District's faith in your ability to effectively perform your duties as a teacher without further disruption to the District's educational activities.

Pursuant to Board Policy DFBA (Legal) and Texas Education Code Chapter 21, Subchapter F, you have the right to request a hearing on the Board's proposal to terminate your contract by submitting a written request to the Commissioner of Education, with a copy to the District, not later than the 15th day after you receive this notice.

If you do not timely request a hearing, the Board may take final action to terminate your term contract at the next meeting after the expiration of the 15-day period. If you have any questions regarding the proposed actions, please advise ▓▓▓▓▓▓▓▓▓▓ Chief Human Resources Officer, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or at ▓▓▓▓▓▓▓▓.

Sincerely,

_____     10/07/2025
Employee's Signature              Date