# EXHIBIT 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TEXAS AMERICAN FEDERATION OF TEACHERS,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,**<br>        **Defendant.** | CIVIL ACTION NO. 1:26-cv-00024 |

**DECLARATION OF** Teacher 2
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, ▬▬▬▬ declares:

1. My name is ▬▬▬▬. I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. The following statements are made within my personal knowledge and are true and correct.

2. I have been a teacher for sixteen years within the Texas public school system. I come from a family of educators: my wife and mother-in-law are public school teachers in Texas.

3. I am a veteran of the United States Army. I served from 1992-1999.

4. I am a member of Texas AFT. I have also been a campus representative for Texas AFT.

5. I currently teach eighth grade United States history. I am a celebrated faculty member within my district—I have been nominated for the Teacher of the Year award six separate times and won Teacher of the Year in 2019. I am on the staff development team for my district and try to share all of the things I have learned over the years to build a stronger community of teachers within my district. I have coached every sport offered in middle school except for volleyball and tennis.

1

6. My school district has also recognized me on their social media for my effective teaching methods. On January 27, 2023, my school district posted an interview with me about how I teach United States history to my middle school class. This interview highlighted my methods of dressing up in costumes and creating rap music videos to get my students engaged with the material. My understanding is that this video is the most viewed, shared, and liked video on my school district's Facebook page.

7. Throughout my sixteen years of teaching, I have never been reprimanded by my school administration or my district.

8. On the day Charlie Kirk was assassinated, I participated in the public conversation about it on my Facebook account. My Facebook account was set to private, and no parents of current students or current students had access to my posts. Similarly, no fellow teachers or school administrators have access to my Facebook posts.

9. I posted about Mr. Kirk multiple times, and partial screenshots of my posts which were later reported are attached to this declaration as Exhibit A.[1] I felt compelled to speak out because I have long been an advocate against gun violence. I previously spoke at the March for Our Lives rally in San Antonio, and as a teacher, school shootings are never far from my mind—especially since my own family is in school every day. What troubled me most was seeing so much public attention focused on the ugly gun violence against Mr. Kirk, when that very same day a school shooting occurred in Colorado. It was upsetting to witness how quickly the tragedy affecting a famous person eclipsed the loss of others, whose deaths will likely be forgotten about within a week.

---

[1] I later deleted my original posts.

2

10. At the time I made these posts, I had no inclination that the TEA would later condemn teachers for their beliefs, ideas, or speech.

11. After the TEA published its letter to Superintendents ("TEA Policy") on September 12, 2025, I took down all my social media posts about Mr. Kirk. I did so out of concern that engaging in speech that Commissioner Morath and the TEA would not agree with would potentially affect my livelihood. Also, after reading the policy, I did not know what was meant by "reprehensible or inappropriate content," but I nonetheless felt concerned that my posts may be labeled as such if they did not comport with the TEA's or Commissioner Morath's views. The TEA Policy made me feel like I was being watched. I was worried that there may be someone who I didn't realize would be offended by my posts who could now report me and potentially affect my livelihood.

12. Shortly after the TEA Policy was published, I learned that someone reported my posts to my school through Safeline.[2] This was very strange to me, because my understanding is that Safeline is used for bomb threats, emergencies, and other immediate threats to safety. I do not know the identity of the person who reported me. Screenshots of my posts were sent through Safeline directly to my principal from my former school and the district police department. My former principal then forwarded my posts to my current principal.

13. There was no time throughout this experience where my Facebook posts affected my ability to perform my job duties. I did not receive a single complaint or mention of my posts from my students or their parents. To my knowledge, none of my coworkers were aware of the posts I made.

14. My principal initially told me that my posts were reported through Safeline. When my principal first told me about this, she made it clear that she just wanted me to be aware of it. She

---

[2] Safeline is an anonymous tip line to report a safety concern. Safeline also can be used to report a crime or a violation of District policy.

said she spoke with the police department, who informed her that this complaint was not relevant to them.

15. On September 19, 2025, I was pulled from my class and asked to report to the human resources building. I called my AFT President to join me in the meeting. In the meeting, a human resources representative went through each of my Facebook posts and asked me to explain what I meant by them.

16. The human resources representative told me that my posts were a "potential violation of our code of ethics," and generally cited the section about social media use. The representative then told me that they did not see any problem with my posts. The human resources representative did not inform me that my posts had any impact on the school's operation. Nevertheless, they made me sign a copy of the Educators' Code of Ethics. I was also asked to provide a statement on my social media posts, which I have attached to this declaration as Exhibit B.

17. The human resources representative also told me that the school district felt it was necessary to report my posts to the TEA for investigation to demonstrate compliance with the TEA Policy.

18. This meeting felt like an invasion of my privacy and my right to free speech. As a U.S. history teacher, I teach the Constitution for a living. I didn't agree that I had to justify posts that I made on my private Facebook account to my employer, when those posts had no impact on how I was doing my job.

19. I was upset after the meeting with human resources. My principal was very supportive of me—she told me that she did not think I did anything wrong and suggested that I take the rest of the day off.

20. On January 22, I received written notice of a formal investigation from the State Board for Educator Certification ("SBEC"). This notice is attached to this Declaration as Exhibit C. After appealing this notice, the TEA notified me that their investigation was closed on February 9, 2026.

21. I am now much more hesitant when I post my ideas and political opinions on my personal social media because I worry that I may face retaliation if my posts do not align with the views of TEA's administrators.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2026

# EXHIBIT A





Period. I cant even with the people crying over him while they post nothing about murdered children which happens seems like monthly. I have been called "shameful" by multiple people for NOT mourning this loss. I am busy mourning so much more. Loss of innocence. On 9/11, people are worried about this terrible humans demise. Then to blame it on liberals when the person isnt even caught. Seen his pic? He has a giant American flag with an eagle! If that isnt a Murica Trumper shirt I dont know what is!!!

Stop trying to shame people for not mourning Charlie Kirk.

He wasn't just "a conservative we disagreed with." He was a fascist organizer who built his career spreading racism, misogyny, homophobia, transphobia, Islamophobia, xenophobia, and anti-immigrant hate, actively harming marginalized communities every single day.

If you feel compelled to send his family condolences, fine, that's your personal choice. But don't turn around and scold others for refusing to shed tears over a man who dedicated his life to dehumanizing and endangering them. This doesn't make you a "better person," and if you're a Christian, it doesn't make you closer to going heaven.

It just shows you don't stand for anything.

Where were your sympathy posts for the thousands of Palestinians killed in Gaza, deaths Charlie Kirk celebrated and justified? Where's your compassion for the immigrants torn from their families by ICE, an institution Kirk defended? Where's your energy for the trans kids, the Muslims, the Black and brown communities he spent his career attacking?

Empathy is not owed to oppressors. Mourning is not mandatory. Pretending that "civility" in the face of fascism makes you morally superior is nothing but cowardice.

Y'all give me a headache.



Here you go! The Christian man in all his glory!
#zerotearsshed



Lets talk 2nd Amendment. Historical accuracy and intention matters. For those in the room confused. Read the Second Amendment and understand the condition placed on this so-called right to bear arms: "well-regulated Militia". Well-regulated meeting laws and regulations that limit and provide conditions determined by Congress. Then notice the explicit purpose of the right to bear arms: for the Militia (citizens banding together to form an army) in order to secure the free State (no where does it say for hunting or for self-defense or for hobby). This Second Amendment is absolutely overdue for repeal. This was included at the time when the US Military was not yet a standing army, nor were national guards yet formed (and the National Guard is the militia of today). This was a time when the democracy and nation was new, and the citizens they needed to be able to band together to form army with their own weaponry in an instant to combat



Meanwhile in America...when they worship the wrong GWord. I think Congress should intro a Bill and Call it the "Charlie Kirk "I didnt meant me" Gun... See more



👍 3                                                                 1 comment

👍 Like            💬 Comment            ➤ Send



# EXHIBIT B

Date: Friday, September 19, 2025
To: ▮
Subject: Requested statement on personal social media posts
From: ▮
cc: ▮
cc: ▮

As a dedicated educator for the past 17 years in the state of Texas, I have consistently upheld the highest standards of professionalism, integrity, and character. I am proud to have been recognized as an Educator of the Year and to have been highlighted numerous times by my district for my commitment to students and the craft of teaching. I have dedicated my life to education and have worked tirelessly to create a safe, inclusive, and inspiring environment for every student who walks through my classroom doors.

I am a professional of high character. My classroom has never been a place for personal, political or religious beliefs, and I have always maintained a clear boundary between my personal views and my professional responsibilities. My personal social media posts, which were shared privately and not publicly accessible, were in my capacity as a private citizen, outside my job duties for the District and never directed at students, colleagues, or anyone within the school community. These posts expressed concern over current political developments (a matter of public concern in San Antonio, in Texas, and beyond) and were shared in the spirit of civic awareness—not with any intent to harm, incite, or disrupt. My social media is set to "private." I am not connected to students or parents on social media, and none of my posts (regardless of topic) were ever directed to students, parents or the school district community.

Throughout this situation, I have experienced targeted intimidation and have felt pressure that no educator should have to endure. Out of fear of retaliation and persecution, I chose to remove the posts in question *before* any formal complaints or reports were made. I did so not to hide, but to protect myself and my livelihood in an increasingly volatile, content- and viewpoint-discriminatory and politically partisan professional climate for educators.

I have always stood firmly against all forms of violence, including political violence and hate speech. I have devoted much of my career to championing human rights, advocating for marginalized groups, and working to prevent gun violence and other forms of harm affecting our communities. My belief in civil discourse, empathy, and justice is at the core of both my personal and professional values.

In teaching U.S. History and Government, I have long helped students navigate the complexity of our nation's political systems and civic responsibilities. I do so without bias or agenda, and I take great care to cultivate critical thinking, not ideological conformity.

My unblemished record over nearly two decades is a reflection of this approach. I have never been reprimanded or written up in my entire career.

The recent mandate from the Texas Education Agency, suggesting educators may face investigation for remarks surrounding specific political figures, represents a deeply troubling precedent—one that risks chilling the very freedoms we are tasked with teaching our students to cherish. As educators, we are being placed in an impossible position, forced to choose between professional safety and exercising the most basic of constitutional rights.

Let me be clear: I have never incited violence, never allowed my personal beliefs to affect my teaching, and never disrespected the professional boundaries of my role. I remain deeply committed to my students, my community, and the ethical standards of this profession. I love what I do, and I know that I was meant to be an educator. The relationships I have built with thousands of students and families are meaningful and long-lasting, and the impact I strive to make every day is driven by love, compassion, and the desire to prepare them for the future. I respectfully ask that you view this matter in light of my long-standing service, my character, and my intentions. I will continue to reflect, grow, and advocate for respectful discourse.

Thank you for your time and consideration.

Sincerely,

███████

# EXHIBIT C



**January 21, 2026**



### WRITTEN NOTICE OF FORMAL INVESTIGATION

**RE: Report to the State Board for Educator Certification**

Dear █████,

The State Board for Educator Certification (SBEC) has received information that could potentially impact your Texas educator certificate(s). Pursuant to 19 Texas Administrative Code (TAC) §249.14, the Educator Investigations Division has opened a case file to review and investigate this information.

The allegations are as follows:

Failed to comply with laws or school policies

Due to the allegations, an investigation notice has been placed on your online certification record. This notice will remain on your certification record during the investigation unless you are able to show cause, in writing, within ten days of receipt of this letter, why the notice should be removed. We appreciate your cooperation.

You may contact your assigned investigator with questions:

Robert Casper
Senior Investigator
Robert.Casper@tea.texas.gov
512-463-9045

For further Investigation information, please visit the following site: https://tea.texas.gov/texas-educators/investigations/educator-misconduct-investigations

Respectfully,

Educator Investigations Division

Page 1 of 1