UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS | § § § § § | CIVIL NO: AU:26-CV-00024-ADA |
| vs. | | |
| TEXAS EDUCATION AGENCY, MIKE MORATH | | |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING VIA ZOOM**, on **Wednesday, April 22, 2026 at 02:00 PM**.

IT IS SO ORDERED this 11th day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE