# EXHIBIT 1



5515 Ohio Drive
Frisco, Texas 75035
469.633.6000
469.633.6050 (fax)
www.friscoisd.org

September 24, 2025

Texas Education Agency
Commissioner of Education
Director, Investigations and Fingerprinting
1701 North Congress Ave, 5th Floor
Austin, TX  78701

Re: ▮▮▮▮▮▮▮ – Report Pursuant to Texas Education Codes  §22A.052,  and/or 19 T.A.C. §249.14

Dear Commissioner of Education/Director, Investigations and Fingerprinting:

This letter is provided to notify the Texas Education Agency that the Frisco ISD administration has received notice as follows:

A. <u>Conduct Reported:</u>
   The District received a report concerning content posted online, by ▮▮▮▮▮▮▮ (Frisco ISD teacher), as it was initially perceived by the reporter that prior posts, of ▮▮▮▮▮▮▮, were removed in response to the assassination of Charlie Kirk. The reporter provided social media posts that preceded this event in a subsequent communication to express their concerns regarding content that was previously posted by ▮. ▮▮▮▮.

B. <u>Allegation:</u>
   The District is reporting this conduct in accordance with the Commissioner's letter to superintendents dated on or around September 15, 2025. Specifically, the Commissioner of educator indicated all allegations of "inappropriate content on social media related to the assassination of Charlie Kirk."

   The District received a report of conduct posted online, and as the standard for "inappropriate" is not outlined, out of an abundance of caution, the content is reported. Please note, upon review of the allegations, the District did not find any material and substantial disruption to the District's operations, and the posts were not made during work hours and/or with work resources. Additionally, ▮▮▮▮▮▮▮'s social media posts were posted, prior to September 10, 2025, and contained no reference to Charlie Kirk.

   Further, The District weighed the factors of comments unrelated to work but related to a matter of public concern, and in doing so balanced the employee's right to free speech with the employer's interest in maintaining the efficiency of its operations. *Pickering v. Bd. of Educ. of Twp. High Sch. Dist.* 205, 391 U.S. 563 (1968). As a substantial disruption has not yet occurred, the District believes that the Employee's conduct is protected by the First Amendment free speech, but will act, if necessary, or if additional information is received.



5515 Ohio Drive
Frisco, Texas 75035
469.633.6000
469.633.6050 (fax)
www.friscoisd.org

C.  Other District Action:

As of the date of this letter, the District has completed an investigation into the aforementioned allegation. The educator remains in his current position and has been notified that a report to SBEC is being filed and sanctions against his certificate may result as a consequence. The Superintendent was notified in accordance with Texas Education Code.

Frisco ISD provides the following information:

1.  Employee name and any aliases: ██████████
2.  Birth date:██████████
3.  SSN: ██████████; TEA#██████
4.  Mailing address*: ████████████████████████████
5.  Phone numbers*: ██████████
6.  Date of alleged incident: September 2025

7.  Name or names and any available contact information of any relevant witnesses to the circumstances requiring the report:
    a.  Liberty High School, Principal:  Stacey Whaling: 469-633-5800; Whalings@friscoisd.org
    b.  Liberty High School, Associate Principal: Tyler Wicke; 469-633-5800; Wicket@friscoisd.org
    c.  Liberty High School, Assistant Principal: Chris Ham; 469-633-5800; Hamc@friscoisd.org

    *For current employees, work contact information is provided.

Although TEA/SBEC may choose not to pursue this matter, Frisco ISD is notifying the TEA/SBEC based on the nature of the allegation identified above.  It is the District's belief that this report satisfies any reporting obligations under the Texas Education Code. Please contact HR Director Holly Hines at e-mail: hinesh@friscoisd.org, if further action is required, by the Frisco ISD, or if you have questions regarding this report.

Sincerely,

Mike Waldrip
Superintendent of Schools
Frisco Independent School District



5515 Ohio Drive
Frisco, Texas 75035
469.633.6000
469.633.6050 (fax)
www.friscoisd.org

September 24, 2025

Texas Education Agency
Commissioner of Education
Director, Investigations and Fingerprinting
1701 North Congress Ave, 5th Floor
Austin, TX  78701

Re: ▮▮▮▮▮▮▮▮ – Report Pursuant to Texas Education Codes  §22A.052,  and/or 19 T.A.C. §249.14

Dear Commissioner of Education/Director, Investigations and Fingerprinting:

This letter is provided to notify the Texas Education Agency that the Frisco ISD administration has received notice as follows:

A.  Conduct Reported:

The District received a report concerning content posted online, by ▮▮▮▮▮▮▮▮ (Frisco ISD teacher), following the assassination of Charlie Kirk.

B.  Allegation:

The District is reporting this conduct in accordance with the Commissioner's letter to superintendents dated on or around September 15, 2025. Specifically, the Commissioner of educator indicated all allegations of "inappropriate content on social media related to the assassination of Charlie Kirk."

The District received a report of conduct posted online, and as the standard for "inappropriate" is not outlined, out of an abundance of caution, the content is reported. Please note, upon review of the allegations, the District did not find any material and substantial disruption to the District's operations, and the posts were not made during work hours with work resources. Additionally, the post was voluntarily removed by the employee.

Further, The District weighed the factors of comments unrelated to work but related to a matter of public concern, and in doing so balanced the employee's right to free speech with the employer's interest in maintaining the efficiency of its operations. *Pickering v. Bd. of Educ. of Twp. High Sch. Dist.* 205, 391 U.S. 563 (1968). As a substantial disruption has not yet occurred, the District believes that the Employee's conduct is protected by the First Amendment free speech, but will act, if necessary, or if additional information is received.



5515 Ohio Drive
Frisco, Texas 75035
469.633.6000
469.633.6050 (fax)
www.friscoisd.org

C.  Other District Action:

As of the date of this letter, the District has completed an investigation into the aforementioned allegation. The educator remains in her current position and has been notified that a report to SBEC is being filed and sanctions against her certificate may result as a consequence. The Superintendent was notified in accordance with Texas Education Code.

Frisco ISD provides the following information:

4.  Employee name and any aliases: ██████████████
5.  Birth date: ████████████
6.  SSN: 4█████████████; TEA# ████████
7.  Mailing address*: 5515 Ohio Dr., Frisco, TX 75035
8.  Phone numbers*: ████████████
9.  Date of alleged incident: September 2025

10. Name or names and any available contact information of any relevant witnesses to the circumstances requiring the report:
    a.  Frisco ISD Administration Bldg.; Lesha Stallons, Dyslexia Coordinator; Stallonl@friscoisd.org; 469-633-6822.

    *For current employees or employees who have been placed on administrative leave, work contact information is
      provided.
    **For employees who have resigned with the District, personal contact information is provided.

Although TEA/SBEC may choose not to pursue this matter, Frisco ISD is notifying the TEA/SBEC based on the nature of the allegation identified above.  It is the District's belief that this report satisfies any reporting obligations under the Texas Education Code. Please contact HR Director Holly Hines at e-mail: hinesh@friscoisd.org, if further action is required, by the Frisco ISD, or if you have questions regarding this report.

Sincerely,

Mike Waldrip
Superintendent of Schools
Frisco Independent School District