**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **TEXAS AMERICAN FEDERATION OF TEACHERS,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:26-cv-00024-ADA** |
| **MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,** | |
| **Defendant.** | |

**NOTICE OF FILING SUPPLEMENTAL EVIDENCE IN SUPPORT OF**
**PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Texas American Federation of Teachers ("Plaintiff"), by and through undersigned counsel, respectfully submits this Notice of Filing Supplemental Evidence in further support of its Amended Motion for Preliminary Injunction (ECF No. 28) (the "Motion"), along with the evidence described below and attached hereto.  Plaintiff submits this Notice and the additional evidence in advance of the scheduled April 22, 2026, hearing so that the Court may consider the supplemental evidence in conjunction with the Motion.

Since the filing of the Motion, Plaintiff has obtained additional evidence that is directly relevant to the issues before the Court and further supports the entry of preliminary injunctive relief.  This supplemental evidence does not alter the legal arguments previously presented, but reinforces Plaintiff's showing of likelihood of success on the merits.

Specifically, Plaintiff submits the following supplemental materials:

1.    Declaration of Marney Collins Sims, General Counsel of Cypress Fairbanks ISD, attached hereto as **Exhibit A;**

2.    Supplemental Declaration of Zeph Capo, attached hereto as **Exhibit B;**

3. Business Records Affidavit in support of Letter to TEA from General Counsel of Cypress Fairbanks ISD, attached hereto as **Exhibit C**; and

4. Business Records Affidavit in Support of Letter to TEA from General Counsel of Frisco ISD, attached hereto as **Exhibit D**.

Plaintiff respectfully requests that the Court consider the attached supplemental evidence in connection with its pending Amended Motion for Preliminary Injunction during the April 22, 2026 hearing.

Dated: April 20, 2026                             Respectfully submitted,

/s/ *Allison Standish Miller*
    Karima Maloney
    Texas Bar No. 24041383
    David Isaak
    Texas Bar No. 24012887
    Allison Standish Miller
    Texas Bar No. 24046440
    Alexander M. Wolf
    Texas Bar No. 24095027
STEPTOE LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320
kmaloney@steptoe.com
disaak@steptoe.com
amiller@steptoe.com
awolf@steptoe.com

Ida Adibi (*admitted pro hac vice*)
Kylie Clouse (*admitted pro hac vice*)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
iadibi@steptoe.com
kclouse@steptoe.com

2

Manuel Quinto-Pozos
Texas Bar No. 24070459
DEATS DURST & OWEN PLLC
2901 Bee Caves Road, Suite L
Austin, TX 78746
Telephone: (512) 474-6200
Fax: (512) 474-7896
mqp@ddollaw.com

*Counsel for Plaintiff Texas American
Federation of Teachers*

## Certificate of Service

I certify that on the 20th day of April 2026, a true and correct copy of the above document was served via the CM/ECF system on all counsel of record.

/s/ *Allison Standish Miller*
Allison Standish Miller