# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **TEXAS AMERICAN FEDERATION OF TEACHERS,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 1:26-cv-00024** |
| **MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,** | |
| **Defendant.** | |

**SUPPLEMENTAL DECLARATION OF ZEPH CAPO IN SUPPORT OF**
**PLAINTIFF'S AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, Zeph Capo declares:

1.      My name is Zeph Capo. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The following statements are made within my personal knowledge and are true and correct.

2.      I am the President of Texas AFT.  As President, I am often consulted by Texas AFT members when they are under investigation by the Texas Education Agency ("TEA") and need representation from our organization.

3.      Recently, a member of Texas AFT reached out to me because she is unable to renew her teacher's certificate when it came time to do so.  She could not renew her certification because she was still under investigation by the TEA after being reported by her school for her social media posts related to Charlie Kirk pursuant to Mike Morath's September 12, 2025 Policy ("TEA Policy"). She expressed concern that her non-renewal would result in the loss of her employment.

4.    Texas law requires teachers to be certified in order to continue to maintain their positions as teachers.  *See* Tex. Educ. Code § 21.003.  If a teacher fails to renew their certificate, their contract with their school is void.  *See* Tex. Educ. Code § 21.0031.  This means that if this teacher's certification expires, she will no longer be able to teach in her school and will lose her job.

5.    In my experience, TEA investigations have no set timeline to be completed.  If an investigation is unresolved at the time that a teacher's certification expires, pursuant to the above refenced regulations, the teacher's school district will terminate the teacher because the teacher cannot teach in the classroom.  Thus, a teacher can lose their position without the TEA making any affirmative decision about the underlying alleged conduct.


I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20th day of April, 2026

*/s/ Zeph Capo*
Zeph Capo

2