# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

TEXAS AMERICAN FEDERATION OF          §
TEACHERS                              §          CIVIL NO:
                                      §          AU:26-CV-00024-ADA
                                      §
vs.                                   §
                                      §
TEXAS EDUCATION AGENCY, MIKE
MORATH

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING VIA ZOOM,** on **Wednesday, April 22, 2026 at 02:30 PM**.

IT IS SO ORDERED this 21st day of April, 2026.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE