**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br><br>*Plaintiff,*<br><br>v.<br><br>MIKE MORATH,<br><br>*Defendant.* | CASE NO. 1:26-CV-00024-ADA-SH |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW, NOTICE OF APPEARANCE AND SUBSTITUTION OF LEAD COUNSEL**

Defendant Mike Morath hereby files this Unopposed Motion to Withdraw Keith Ingram as counsel of record and Notice of Appearance and Substitution of Wade A. Johnson as lead counsel.

Mr. Ingram has accepted a position outside of the Office of the Attorney General of Texas, and Defendant respectfully requests he be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Special Counsel Johnson is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Defendant requests that Mr. Johnson be served with all future correspondence and pleadings using the contact information in the signature block below.

Date: May 22, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted.

*/s/ Wade Johnson*
WADE JOHNSON
Special Counsel
Texas State Bar No. 24062197
Wade.johnson@oag.texas.gov

BRIAN B. TUNG
Assistant Attorney General
Texas State Bar No. 24145179
brian.tung@oag.texas.gov
LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
lauren.saeger@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

COUNSEL FOR DEFENDANT MIKE MORATH

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2026, Defendant's counsel conferred by electronic mail with Plaintiff's counsel, who stated Plaintiff is unopposed to this Motion.

*/s/ Wade Johnson*
WADE JOHNSON

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 22, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

Alexander M. Wolf
Texas Bar No. 24095027
Allison Standish Miller
Texas Bar No. 24046440
Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2309
Facsimile: (713) 221-2320
awolf@steptoe.com
amiller@steptoe.com

Manuel Alfonso Quinto-Pozos
Texas Bar No. 4070459
Deats, Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
Telephone: (512) 474-6200
Facsimile: (512) 474-7896
mqp@ddollaw.com

COUNSEL FOR PLAINTIFF, TAFT

/s/ Wade Johnson
WADE JOHNSON
Special Counsel

3