# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br><br>*Plaintiff,*<br><br>v.<br><br>MIKE MORATH,<br><br>    *Defendant.* | CASE NO. 1:26-CV-00024-ADA-SH |

## PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW, NOTICE OF APPEARANCE AND SUBSTITUTION OF LEAD COUNSEL

Before the Court is Defendant Mike Morath's Unopposed Motion to Withdraw Keith Ingram as counsel of record and substitute Wade Johnson as lead counsel. After consideration, the Court is of the opinion that Defendant's Motion should be GRANTED.

Accordingly, IT IS ORDERED that Keith Ingram is hereby withdrawn as counsel of record for Defendant, Mike Morath.

SIGNED on _____.

 

_____
UNITED STATES DISTRICT JUDGE