**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br><br>*Plaintiff,*<br><br>v.<br><br>MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,<br><br>*Defendant.* | CASE NO. 1:26-CV-00024-ADA-SH |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Mike Morath hereby files this Unopposed Motion to Withdraw Assistant Attorneys General Lauren Saeger and Brian Tung as counsel of record.

Ms. Saeger and Mr. Tung have accepted positions outside the Office of the Attorney General of Texas, and Defendant respectfully requests they be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Date: May 22, 2026.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

Respectfully submitted,

WADE A. JOHNSON
Special Counsel
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

*/s/ Brian B. Tung*
BRIAN B. TUNG
Assistant Attorney General
Texas State Bar No. 24145179
brian.tung@oag.texas.gov

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
lauren.saeger@oag.texas.gov

COUNSEL FOR DEFENDANT MIKE MORATH

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 23, 2026, Defendant's counsel conferred by electronic mail with Allison Miller, Plaintiff's counsel, who stated Plaintiff is not opposed to this Motion.

*/s/ Brian B. Tung*
**BRIAN B. TUNG**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on July 28, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

**ALEXANDER M. WOLF**
Texas Bar No. 24095027
**ALLISON STANDISH MILLER**
Texas Bar No. 24046440
Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2309
Facsimile: (713) 221-2320
awolf@steptoe.com
amiller@steptoe.com

**MANUEL ALFONSO QUINTO-POZOS**
Texas Bar No. 4070459
Deats, Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
Telephone: (512) 474-6200
Facsimile: (512) 474-7896
mqp@ddollaw.com

COUNSEL FOR PLAINTIFF, TAFT

*/s/ Brian B. Tung*
BRIAN B. TUNG