**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS<br><br>    *Plaintiff,*<br><br>v.<br><br>MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,<br><br>    *Defendant.* | CASE NO. 1:26-CV-00024-ADA-SH |

---

**ORDER**

---

Before the Court is Defendant Mike Morath's Unopposed Motion to Withdraw Brian Tung and Lauren Saeger as counsel in this matter. After consideration, the Court is of the opinion that Defendant's Motion should be GRANTED.

Accordingly, IT IS ORDERED that Brian Tung and Lauren Saeger are hereby withdrawn as counsel of record for Defendant, Mike Morath.

SIGNED on _____.


                                                      
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1