AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Texas American Federation of Teachers<br>*Plaintiff*<br>v.<br>Mike Morath, in his official capacity as Commissioner of TEA<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-CV-00024-ADA-SH |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Mike Morath, in his official capacity as Commissioner of the Texas Education Agency .

Date: 08/31/2026

/s/ Michael C. Cotton
*Attorney's signature*

Michael C. Cotton, Texas State Bar No. 24116229
*Printed name and bar number*

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*Address*

michael.cotton@oag.texas.gov
*E-mail address*

(512) 463-2100
*Telephone number*

(512) 457-4410
*FAX number*