**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TEXAS AMERICAN FEDERATION OF TEACHERS,<br>*Plaintiff,*<br>v.<br>MIKE MORATH, in his official capacity as Commissioner of the Texas Education Agency,<br>*Defendant.* | CASE NO. 1:26-CV-00024-ADA-SH |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendant Mike Morath hereby files this Unopposed Motion to Withdraw Special Counsel Wade Johnson as counsel of record.

Mr. Johnson has accepted a position outside the Office of the Attorney General of Texas, and Defendant respectfully requests he be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Date: August 31, 2026.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Michael C. Cotton*
MICHAEL C. COTTON
Assistant Attorney General
Texas State Bar No. 24116229
michael.cotton@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR DEFENDANT MIKE MORATH

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 26, 2026, Defendant's counsel conferred by electronic mail with Allison Miller, Plaintiff's counsel, who stated Plaintiff is not opposed to this Motion.

*/s/ Michael C. Cotton*
**MICHAEL C. COTTON**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on August 31, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

**ALEXANDER M. WOLF**
Texas Bar No. 24095027
**ALLISON STANDISH MILLER**
Texas Bar No. 24046440
Steptoe LLP
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2309
Facsimile: (713) 221-2320
awolf@steptoe.com
amiller@steptoe.com

**MANUEL ALFONSO QUINTO-POZOS**
Texas Bar No. 4070459
Deats, Durst & Owen PLLC
2901 Bee Caves Rd., Suite L
Austin, TX 78746
Telephone: (512) 474-6200
Facsimile: (512) 474-7896
mqp@ddollaw.com

COUNSEL FOR PLAINTIFF, TAFT

*/s/ Michael C. Cotton*
**MICHAEL C. COTTON**