**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

§
§
§

**GENERAL ORDER REGARDING THE ASSIGNMENT OF CERTAIN CASES—
AUSTIN DIVISION**

Pursuant to Title 28 U.S.C. § 137, the Clerk shall assign the ensuing list of cases as set forth below, to include all proceedings and pending matters related thereto, to the district judges of the Austin Division according to the following parameters:

- **U.S. District Judge Robert Pitman** shall receive six percent (6%) of the cases for a total of 32 cases, which includes the assignments of:

| | |
|---|---|
| 1:19-cv-00977 | VLSI Technology LLC v. Intel Corporation |
| 1:21-cv-00514 | Hickson et al v. St. David's Healthcare Partnership, L.P., LLP et al |
| 1:23-cv-00071 | Peter Pedersen v. Zoho Corporation |
| 1:23-cv-00110 | Holland v. CryptoZoo, Inc. et al |
| 1:23-cv-01473 | Warriors and Family Assistance Center LLC et al v. VA Claims Insider, LLC et al |
| 1:24-cv-00254 | Vervain, LLC v. Kingston Technology Company, Inc. et al |
| 1:24-cv-00259 | Vervain, LLC v. Phison Electronics Corporation |
| 1:24-cv-00416 | Eireog Innovations Ltd. v. Dell Technologies Inc. et al |
| 1:24-cv-00697 | Eireog Innovations Ltd. v. Oracle Corporation |
| 1:24-cv-00914 | 15508 Impact Way LLC v. Pflugerville Community Development Corporation et al |
| 1:24-cv-01010 | American Sustainable Business Council v. Hegar et al |
| 1:24-cv-01199 | HBCU Messaging US LP v. Apple, Inc. et al |
| 1:24-cv-01422 | Freelen et al v. Texas Department Of Criminal Justice et al |
| 1:24-cv-01497 | CentralSquare Technologies LLC v. Carbyne, Inc. et al |
| 1:25-cv-00332 | Vision Sphere Labs, LLC v. Rubicon Communications LLC |
| 1:25-cv-00431 | SiliconArts Technology US Inc. v. NVIDIA Corporation et al |
| 1:25-cv-00552 | Eireog Innovations Ltd. v. Amazon Web Services, Inc. |
| 1:25-cv-00602 | Prema Engineering S.r.l. v. Automobili Lamborghini S.p.A. et al |
| 1:25-cv-00655 | Noroc Partners, LLC et al v. Ponder et al |
| 1:25-cv-00966 | Vision Sphere Labs, LLC v. Airties, Inc. |
| 1:25-cv-00983 | Stone et al v. Webster et al |
| 1:25-cv-01320 | HD Silicon Solutions LLC v. NXP Semiconductors N.V. et al |
| 1:25-cv-01329 | Widyaratne et al v. American Economy Insurance Company |
| 1:25-cv-01408 | Wild Type, Inc. et al v. Shuford et al |

| | |
|---|---|
| 1:25-cv-01768 | DynaCap LLC v. Apple Inc. et al |
| 1:25-cv-01878 | CAIR Texas DFW et al v. Abbott et al |
| 1:25-mc-00471 | Vervain, LLC v. Kingston Technology Company, Inc. et al |
| 1:26-cv-00259 | Vervain, LLC v. SK hynix Inc. et al |
| 1:26-cv-00477 | GenghisComm Holdings, LLC v. Apple Inc. |
| 1:26-cv-00543 | Allstate Insurance Company et al v. Khit & Associates, PLLC et al |
| 1:26-cv-00925 | Quartz Auto Technologies LLC v. Lyft, Inc. |
| 1:26-cv-01197 | Athena Security, LLP v. Dell Technologies, Inc. |

- **U.S. District Judge Leon Schydlower** shall receive seventeen percent (17%) of the cases for a total of 100 cases, which includes the assignments of:

| | |
|---|---|
| 1:24-cv-00398 | Croga Innovations Ltd. v. Amazon Web Services, Inc. |
| 1:24-cv-00406 | Sterling Computers Corp. v. Microsoft Corporation |
| 1:24-cv-00551 | Sterling Computers Corp. v. Meta Platforms, Inc. |
| 1:24-cv-00552 | Sterling Computers Corp. v. X Corp. |
| 1:24-cv-01530 | General Video, LLC v. Dell Inc. et al |
| 1:25-cv-01543 | Xueshan Technologies, Inc. v. Qualcomm Incorporated et al |
| 1:25-cv-02143 | General Video, LLC v. Lenovo Group Limited et al |
| 1:25-cv-00867 | IngenioSpec, LLC v. Apple, Inc. |
| 1:25-cv-01372 | KAIFI LLC v. Apple Inc. |
| 1:25-cv-01503 | EasyWeb Innovations, LLC v. X Corp. |
| 1:25-cv-01856 | BelAir Electronics, Inc. v. Apple Inc. |
| 1:25-cv-01872 | BelAir Electronics, Inc. v. T-Mobile USA, Inc. |
| 1:25-cv-01896 | BelAir Electronics, Inc. v. Best Buy Co., Inc. et al |
| 1:25-cv-02044 | BelAir Electronics, Inc. v. Amazon.com Services LLC |
| 1:25-cv-02065 | BelAir Electronics, Inc. v. AT&T Inc. et al |
| 1:25-cv-02076 | BelAir Electronics, Inc. v. Walmart Inc. |
| 1:25-cv-02163 | BelAir Electronics, Inc. v. Target Corporation |
| 1:26-cv-00011 | BelAir Electronics, Inc. v. Google LLC |
| 1:25-cv-00665 | Bulletproof Property Management LLC v. Tesla, Inc. et al |
| 1:26-cv-0475 | Swissdigital USA Co., LTD. v. Dongguan Digao Trading Co., Ltd. et al |
| 1:26-cv-00989 | Empire Technology Development LLC v. Intel Corporation |
| 1:16-cv-00648 | Rhoten et al v. Stroman et al (lead) |
| 1:16-cv-00871 | Eaton et al v. Stroman et al |
| 1:16-cv-01195 | Weaver et al v. Stroman et al |
| 1:17-cv-00219 | English v. City of Waco, Texas, et al |
| 1:17-cv-00235 | Walker et al v. Stroman et al |
| 1:17-cv-00372 | Walker v. Stroman et al |
| 1:17-cv-00448 | Lewis et al v. Stroman et al |
| 1:17-cv-00453 | Wilson et al v. Stroman et al |

| | |
|---|---|
| 1:17-cv-00457 | Mitchell et al v. Stroman et al |
| 1:17-cv-00478 | English v. City of Waco, Texas et al |
| 1:19-cv-00475 | Miller et al v. Stroman et al |
| 1:24-cv-00372 | Bourgeois v. Travis County et al |
| 1:24-cv-00539 | Turtle Creek Market, LLC v. AMCO Insurance Company |
| 1:24-cv-00629 | Sealed v. Sealed |
| 1:24-cv-00653 | Coe et al v. 1st Choice Advantage Insurance Co. |
| 1:24-cv-00705 | Sells v. Flagstar Bancorp Inc et al |
| 1:24-cv-00975 | Austin Neurospine, PLLC v. United Healthcare et al |
| 1:24-cv-01201 | Castro v. Dreyer |
| 1:24-cv-01493 | Mouton et al v. Golden State Industries, Inc. et al |
| 1:24-cv-01594 | Gordon v. Roadrunner Transportation Services, Inc. et al |
| 1:25-cv-00147 | McGough v. McRae Jr. et al |
| 1:25-cv-00220 | Anderson v. Pharmacists Mutual Insurance Group |
| 1:25-cv-00296 | Surtek, Inc. v. Delshad et al |
| 1:25-cv-00351 | RKR Capital LLC v. Everyware Worldwide Inc. |
| 1:25-cv-00379 | U.S. ex rel. Olivia Cantu v. Stonewater, Inc. et al. |
| 1:25-cv-00453 | Hollis v. Centene Corp. et al |
| 1:25-cv-00502 | Chavez-DeRemer v. United States Postal Service |
| 1:25-cv-00557 | Leary v. United States |
| 1:25-cv-00560 | United States et al v. Milk + Honey Holdings, LLC |
| 1:25-cv-00582 | Allstate Vehicle & Property Ins. Co. v. TTI Consumer Power Tools, Inc. et al |
| 1:25-cv-00613 | Hart v. Texas Military Department |
| 1:25-cv-00622 | Taylor et al v. City of Lakeway, Texas et al |
| 1:25-cv-00625 | Cuchilla v. United States |
| 1:25-cv-00734 | Parker v. Travis County Sheriff Department et al |
| 1:25-cv-00740 | Hinojosa v. Student Transportation of America, Inc. |
| 1:25-cv-00748 | Rothenberg v. McKinsey & Company, Inc. |
| 1:25-cv-00752 | King v. Travis County Health District |
| 1:25-cv-00788 | Fisher v. Atlas Energy Solutions, Inc. |
| 1:25-cv-00851 | Highcrest Lending Corp. et al v. VIElectron LLC et al |
| 1:25-cv-00952 | Foradory v. United States |
| 1:25-cv-01205 | Fifth Generation, Inc. v. Dick Family, Inc. |
| 1:25-cv-01242 | Doscher v. City of Cedar Park et al |
| 1:25-cv-01308 | Frey et al v. Ewing Irrigation Products, Inc. |
| 1:25-cv-01413 | Thomas v. Texas Department of Public Safety et al |
| 1:25-cv-01493 | Kelly v. Texas Health and Human Services Commission |
| 1:25-cv-01508 | United States et al v. Sealed |
| 1:25-cv-01644 | I'm Nobody Music et al v. Austin Water Tank LLC et al |
| 1:25-cv-01670 | Dukes v. RPM Living, LLC |
| 1:25-cv-01698 | Surveying and Mapping, LLC v. Costell et al |
| 1:25-cv-01754 | Athey v. SPM Chem International, Inc. et al |
| 1:25-cv-01797 | Ranger Aviation Leasing, L.L.C. v. Brunner Aerospace, L.L.C. et al |

| | |
|---|---|
| 1:25-cv-01832 | Shelton v. Placemakr Hospitality, LLC et al |
| 1:25-cv-01842 | Lofton v. U.S. Department of Justice et al |
| 1:25-cv-01857 | Beall v. DoorDash, Inc. et al |
| 1:25-cv-02023 | Texas Capital Real Estate, LLC v. Ategrity Specialty Insurance Company et al |
| 1:25-cv-02085 | The Guardian Insurance & Annuity Co., Inc. et al v. Kondoff et al |
| 1:25-cv-02087 | Simpson v. Kumar et al |
| 1:25-cv-02098 | Villegas Rodriguez et al v. HB Trucking, LLC et al |
| 1:26-cv-00044 | Dememt v. Cantata Health Solutions, LLC |
| 1:26-cv-00088 | William Baker v. Rain Medical LLC et al |
| 1:26-cv-00164 | Banks v. Uber Technologies, Inc. et al |
| 1:26-cv-00209 | Lowbruck et al v. Dell Technologies, Inc. et al |
| 1:26-cv-00261 | G&W Water Supply Corp. v. Gleeson et al |
| 1:26-cv-00399 | Earl et al v. Wingate Corp. et al |
| 1:26-cv-00473 | Baxter Planning Systems Opco, LLC v. IBM |
| 1:26-cv-00516 | A.V. et al v. Hutto Independent School District |
| 1:26-cv-00530 | Dell Inc. et al v. Sunwoda Electronic Co., Ltd. |
| 1:26-cv-00550 | L. v. Eanes Independent School District |
| 1:26-cv-00581 | Flores et al v. Nissan Motor Co., Ltd et al |
| 1:26-cv-00667 | Kaplan v. Carlton et al |
| 1:26-cv-00677 | Jimenez et al v. Elevate Energy Services LLC et al |
| 1:26-cv-00687 | Apple Inc. v. Powermat Technologies Ltd. |
| 1:26-cv-00753 | De los Reyes v. Southwest Key Programs, Inc. |
| 1:26-cv-00898 | PayPal Holdings, Inc. v. Nguyen |
| 1:26-cv-01034 | Air Conditioning Innovative Solutions, Inc. v. Garcia et al |
| 1:26-cv-01083 | Sandoval et al v. Windsor Property Management Company et al |
| 1:26-cv-01217 | Gonzalez-Fraire et al v. Wheel King Transhaul, Inc et al |
| 1:26-cv-01233 | United States v. Lakeline Oaks Retirement Community LLC et al |
| 1:26-cv-01245 | Ta et al v. Porsche Cars North America, Inc. |

- **U.S. District Judge Andrew Davis** shall receive seventy seven percent (77%) of the cases for a total of 448 cases, which includes the assignments of:

| | |
|---|---|
| 1:17-cv-00289 | Hitt v. McLane |
| 1:18-cv-00342 | Godfrey v. Labrad Diagnostics, LLC et al |
| 1:19-cv-00735 | Hitt v. McLane et al |
| 1:19-mc-00988 | VLSI Technology LLC v. Intel Corporation et al |
| 1:20-cv-00131 | Exafer Ltd v. Microsoft Corporation |
| 1:20-cv-00484 | Wilson et al v. Centene Management Company, LLC et al |
| 1:20-cv-01068 | Ambler et al v. Nissen et al. |
| 1:20-mc-00025 | HOV Services, Inc. v. ASG Technologies Group, Inc. et al |
| 1:21-cv-00129 | DeSilva v. Taylor et al |

| | |
|---|---|
| 1:21-cv-00202 | Mannie v. Gentry et al |
| 1:21-cv-01141 | Express Mobile, Inc. v. Expedia, Inc., et. al. |
| 1:22-cv-00038 | Clear Blue Insurance Company v. Fernandez et al |
| 1:22-cv-00061 | Clark v. Free Speech Systems, LLC |
| 1:22-cv-00491 | Dorton et al v. Rushing et al |
| 1:22-cv-00556 | Northfield Insurance Company v. LEDG Capital, LLC et al |
| 1:22-cv-00588 | MEETRIX IP, LLC v. Zoho Corporation |
| 1:22-cv-00960 | DeSilva et al v. Taylor et al |
| 1:22-cv-01045 | Oakes v. Just One Dime Coaching, LLC et al |
| 1:22-cv-01105 | Gray v. Just One Dime Coaching, LLC et al |
| 1:22-cv-01113 | Loadcraft Industries, Ltd v. Glider Products, LLC et al |
| 1:22-cv-01146 | Krichman et al v. Just One Dime, LLC et al |
| 1:22-cv-01196 | Jacome v. Just One Dime, LLC et al |
| 1:22-cv-01226 | Franco v. Just One Dime, LLC et al |
| 1:22-cv-01340 | Carvajal v. Applied Materials |
| 1:23-cv-00090 | Delgado et al v. J.N. Glass & Mirror, LLC et al |
| 1:23-cv-00101 | Austin Naturals LLC v. Branded AcquiCo No 5, LLC |
| 1:23-cv-00435 | Sunnova Energy Corporation v. Vision Solar LLC |
| 1:23-cv-00505 | Garza et al v. Gibraltar U.S., Inc. et al |
| 1:23-cv-00533 | Basic et al v. BProtocol Foundation et al |
| 1:23-cv-00553 | SpaceTime3D, Inc. v. Apple Inc. |
| 1:23-cv-00566 | AK Meeting IP LLC v. Lifesize, Inc. |
| 1:23-cv-00641 | CyberCoders, Inc. v. RightWorks Staffing, Inc. et al |
| 1:23-cv-00688 | SITO Mobile R&D IP, LLC et al v. SFA Holdings Inc. |
| 1:23-cv-00740 | Transportation Management Services, Inc. v. Hiscox Insurance Company, Inc. |
| 1:23-cv-00790 | Garcia v. Pegaso Energy Services, LLC |
| 1:23-cv-00858 | Book People, Inc. et al v. Wong et al |
| 1:23-cv-00885 | IGT et al v. Zynga Inc. |
| 1:23-cv-00903 | UMBRA Technologies Ltd. (UK) et al v. Cisco Systems, Inc. |
| 1:23-cv-00944 | Rodriguez et al v. Polaris, Inc. et al |
| 1:23-cv-00970 | PfP Industries, LLC v. Rockwater Energy Solutions, LLC et al |
| 1:23-cv-01037 | Diez v. Apex ATX LLC et al |
| 1:23-cv-01190 | EMIABATA v. BANK OF NEW YORK MELLON TRUST COMPANY et al |
| 1:23-cv-01410 | United States of America et al v. Abbott Laboratories et al |
| 1:23-cv-01470 | Oduwole v. Texas Department of Public Safety et al |
| 1:24-cv-00057 | Brathwaite v. Helm |
| 1:24-cv-00131 | IFPower Co., Ltd. v. ASUSTeK Computer Inc. |
| 1:24-cv-00170 | KP Innovations 2, LLC v. Samsung Electronics Co., Ltd. et al |
| 1:24-cv-00209 | Leyva v. Amazon Logistics, Inc. et al |
| 1:24-cv-00215 | Edge Networking Systems, LLC v. Microsoft Corporation |
| 1:24-cv-00221 | Horton et al v. WanaBana Austrofood Cit. Ltda et al |
| 1:24-cv-00230 | Williams v. McMillian et al |
| 1:24-cv-00301 | Nguyen v. United States of America |

| | |
|---|---|
| 1:24-cv-00357 | United States of America v. Glock GMBH 48 Pistol caliber 9mm SN: BLGX009 et al |
| 1:24-cv-00388 | Harrod v. Llano County Sheriff's Office et al |
| 1:24-cv-00500 | LIA Network v. Johnson et al |
| 1:24-cv-00599 | Ingram v. United States of America |
| 1:24-cv-00672 | Austin Neurospine, PLLC v. Aetna Health Inc. et al |
| 1:24-cv-00700 | Michelle Bradley, Representative of the Estate of Dennis Rainford v. Randalls Food & Drugs, LP et al |
| 1:24-cv-00727 | Interstellar Inc. v. Kahoot! EDU, Inc. et al |
| 1:24-cv-00779 | Stafford v. Watson et al |
| 1:24-cv-00833 | Big Will Enterprises Inc. v. Solutions Into Motion Limited |
| 1:24-cv-00836 | PHI Health, LLC v. Boon-Chapman Benefit Administrators, Inc. et al |
| 1:24-cv-00884 | Intellectual Ventures II LLC v. Tesla, Inc. |
| 1:24-cv-00913 | Atlantic Urbana Meadowlake, LLC v. Hudson Construction Company |
| 1:24-cv-00917 | Emiabata, et al. v. The Bank of New York Mellon Trust Company et al |
| 1:24-cv-00957 | Culberson v. Weaver Technologies, LLC et al |
| 1:24-cv-01013 | Cantu v. City of Lometa, Texas et al |
| 1:24-cv-01043 | Ortiz Hernandez v. Williamson County, Texas |
| 1:24-cv-01047 | Wilson v. Officer Cilento |
| 1:24-cv-01119 | Gonzales Bennett v. Teacher Retirement System of Texas |
| 1:24-cv-01141 | GuideOne Mutual Insurance Company v. Permian Basin Containers, LLC et al |
| 1:24-cv-01160 | Gonzales Bennett v. Teacher Retirement System of Texas |
| 1:24-cv-01178 | Leahy v. Meta Platforms, Inc. |
| 1:24-cv-01190 | Doughty v. Bright Solar Marketing, LLC et al |
| 1:24-cv-01292 | Vielma v. Home Depot USA, Inc. et al |
| 1:24-cv-01302 | Matthews v. Hertz Corporation |
| 1:24-cv-01313 | EnviroTech Chemical Services, Inc. v. Clean Chemistry, Inc. |
| 1:24-cv-01327 | Brooks v. Haier US Appliance Solutions, Inc. |
| 1:24-cv-01342 | Patrick S. v. United Healthcare Insurance Company et al |
| 1:24-cv-01363 | MIRA Safety LLC v. BTG International, Inc. |
| 1:24-cv-01387 | Johnston v. Director Board Pardons and Paroles |
| 1:24-cv-01394 | Balcones Country Club Membership Association, Inc. v. United States Liability Insurance Company |
| 1:24-cv-01409 | Carrasco et al v. U.S. Bank National Association, RMAC Trust, Series 2016-CTI |
| 1:24-cv-01457 | Ford v. Allstate Vehicle and Property Insurance Company |
| 1:24-cv-01474 | Loggins v. Yager et al |
| 1:24-cv-01476 | Diez v. Apex Leadership Franchising LLC et al |
| 1:24-cv-01486 | Ward v. Travis County Jail et al |
| 1:24-cv-01515 | Reyes, Jr. v. American Honda Motor Co. Inc. et al |
| 1:24-cv-01532 | Paul Tessier et al v. Patrick Capital Markets, LLC |
| 1:24-cv-01544 | Fifth Third Bank, National Association v. Arrieta et al |
| 1:24-cv-01600 | Smith v. Travis County et al |
| 1:25-cv-00011 | Adler et al v. Walgreen, Co. |
| 1:25-cv-00032 | London v. STATE OF TEXAS |
| 1:25-cv-00059 | Chauvin v. State Farm Lloyds |
| 1:25-cv-00094 | Mejia v. State Farm Lloyds |

| | |
|---|---|
| 1:25-cv-00096 | Etscheid et al v. 5C Data Centers USA, Inc. |
| 1:25-cv-00141 | Vandever v. Oracle America Inc |
| 1:25-cv-00152 | Velayas v. The State of Texas et al |
| 1:25-cv-00155 | Royal v. Jones et al |
| 1:25-cv-00186 | Everyday Dose Inc. v. Oasis Wholesale LLC et al |
| 1:25-cv-00190 | Simmons v. Webb et al |
| 1:25-cv-00212 | Roberts et al v. State Farm Lloyds |
| 1:25-cv-00236 | K.Mizra LLC v. Google LLC |
| 1:25-cv-00240 | Calk v. Portfolio Recovery Associates, LLC et al |
| 1:25-cv-00265 | Flippen-Olson v. Songwriters Across Texas LLC et al |
| 1:25-cv-00292 | Web 2.0 Technologies, LLC et al v. Methodist Hospital Hill Country |
| 1:25-cv-00305 | United States of America ex rel. Jana Garza v. Southwest Key Programs, Inc., et al |
| 1:25-cv-00306 | Cernosek v. Patton et al |
| 1:25-cv-00307 | Arrow v. Stifel, Nicolaus & Company, Inc. |
| 1:25-cv-00324 | Nji v. Smartsheet, Inc |
| 1:25-cv-00347 | Reyes v. City of Austin, Inc. et al |
| 1:25-cv-00354 | Spriv LLC v. Salesforce, Inc. |
| 1:25-cv-00366 | Jurkin v. U.S. Bank National Association et al |
| 1:25-cv-00374 | Evans v. Tesla, Inc. |
| 1:25-cv-00383 | Shah et al v. CrowdStreet, Inc. et al |
| 1:25-cv-00405 | Mahler v. Acrisure Holdings, Inc. et al |
| 1:25-cv-00407 | Reagor Air Conditioning, Heating, Plumbing, & Electric, LLC v. Federated Mutual Insurance Company et al |
| 1:25-cv-00416 | Morgan v. McMahon et al |
| 1:25-cv-00422 | Bonner v. Med Claims Compliance |
| 1:25-cv-00427 | Durant, Jr. et al v. Rockhard Co, LLC et al |
| 1:25-cv-00434 | Pennymac Loan Services, LLC v. Brown et al |
| 1:25-cv-00467 | Innovative Sports Management, Inc. v. Casa Colombia LLC et al |
| 1:25-cv-00476 | Telephone Science Corporation v. Linebarger Goggan Blair & Sampson LLP |
| 1:25-cv-00478 | Seibel v. Starbucks Corporation et al |
| 1:25-cv-00541 | Mrs. Gooch's Natural Food Markets, Inc. v. Schindler Elevator Corporation |
| 1:25-cv-00544 | Mrs. Gooch's Natural Food Markets, Inc. v. Schindler Elevator Corporation |
| 1:25-cv-00546 | Serrano et al v. State Farm Lloyds |
| 1:25-cv-00572 | De Vasquez v. Amazon.com Services LLC |
| 1:25-cv-00608 | United States of America et al v. PSN Services LLC, et. al. |
| 1:25-cv-00630 | Crosslayer Communications LLC v. Eaton Corporation |
| 1:25-cv-00631 | Jenkins v. Komico Technology, Inc. |
| 1:25-cv-00641 | Crockett v. Safeco Insurance Company of Indiana |
| 1:25-cv-00692 | Jobes et al v. Arthur Rachelle, LLC et al |
| 1:25-cv-00714 | Solanas v. Blue Corn Harvest, LLC et al |
| 1:25-cv-00720 | Marquis v. SMOOTH X PTY LTD |
| 1:25-cv-00727 | Everton v. Costco Wholesale Corporation |
| 1:25-cv-00732 | Bartosik v. Yi et al |
| 1:25-cv-00758 | CitiBank, N.A. v. Abrego et al |

| | |
|---|---|
| 1:25-cv-00798 | Ashby v. Whataburger LLC |
| 1:25-cv-00804 | Eskew v. Stone Hilton PLLC et al |
| 1:25-cv-00810 | Glodek v. City of Austin et al |
| 1:25-cv-00826 | Wilmington Savings Fund Society, FSB v. Rivera et al |
| 1:25-cv-00848 | Great Lakes Insurance SE v. Dale Super Mercado Inc. et al |
| 1:25-cv-00870 | Le v. Midland Credit Management, Inc. |
| 1:25-cv-00874 | Rowhanian v. State Farm Lloyds |
| 1:25-cv-00882 | Municipal Parking Services, Inc. v. Parking Revenue Recovery Services, Inc. et al |
| 1:25-cv-00961 | Lewis v. Germer Beaman & Brown, PLLC et al |
| 1:25-cv-00971 | Hill v. Texas Workforce Commission et al |
| 1:25-cv-00993 | Woodland v. TCC Jiffy Lube |
| 1:25-cv-01024 | Triumph Designs, Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:25-cv-01025 | Nguyen v. Canon U.S.A., Inc. |
| 1:25-cv-01049 | Price v. State Farm Lloyds |
| 1:25-cv-01052 | Bender v. DolGenCorp of Texas, Inc. |
| 1:25-cv-01061 | Lakeview Loan Servicing LLC v. Gravell et al |
| 1:25-cv-01062 | Milligan v. Mercer |
| 1:25-cv-01077 | Lockett Holdings, LP v. Kreitzer et al |
| 1:25-cv-01090 | Davis v. State Farm Lloyds |
| 1:25-cv-01095 | Defense Distributed v. YouTube LLC et al |
| 1:25-cv-01103 | Ejim v. Cummings et al |
| 1:25-cv-01113 | Ikponmwonba v. Texas Health and Human Services Commission et al |
| 1:25-cv-01120 | Holmes et al v. Volkswagen Group of America, Inc. |
| 1:25-cv-01128 | Romero v. Randall's Food & Drugs, LP et al |
| 1:25-cv-01153 | Glass, Lewis & Co., LLC v. Paxton |
| 1:25-cv-01160 | Institutional Shareholder Services Inc. v. Paxton |
| 1:25-cv-01161 | Hersi v. Bondi et al |
| 1:25-cv-01166 | Emetom v. Williamson County, Texas et al |
| 1:25-cv-01169 | Edward R. Pressman Film Corporation v. The Partnerships and Unincorporated Associations Identified on Sch |
| 1:25-cv-01181 | Lakeview Loan Servicing, LLC v. York et al |
| 1:25-cv-01190 | Boardwell, LLC v. Monexaba.vip et al |
| 1:25-cv-01211 | TNT Land Investments LLC v. Amguard Insurance Company |
| 1:25-cv-01212 | Wilco Aggregates, LLC v. Dustin Donley Construction Services, LLC |
| 1:25-cv-01263 | Costello et al v. Tropical Paradise, Inc. |
| 1:25-cv-01285 | Valdez-Payan v. PNC Bank, National Association |
| 1:25-cv-01289 | Meyers v. Western Governors University |
| 1:25-cv-01293 | Reyna v. Social Security Administration |
| 1:25-cv-01297 | Lampkin v. H-E-B, LP et al |
| 1:25-cv-01305 | Williams v. Lowe's Companies, Inc. |
| 1:25-cv-01306 | Barrios v. Marriot Aloft SW Austin et al |
| 1:25-cv-01309 | Torrez v. Chedraui USA, Inc. et al |
| 1:25-cv-01326 | Goeloe v. TransUnion LLC et al |
| 1:25-cv-01363 | De Los Santos v. Wilkerson et al |

| | |
|---|---|
| 1:25-cv-01369 | Walsh v. AMAZON.COM. INC. |
| 1:25-cv-01371 | Wilson v. City of Giddings et al |
| 1:25-cv-01378 | Garrett v. Crete Carrier Corporation |
| 1:25-cv-01398 | Latham Pool Products, Inc. v. Pools Premium LLC |
| 1:25-cv-01410 | Liu v. Texas Health and Human Services Commission |
| 1:25-cv-01414 | Z.S. v. City of Austin et al |
| 1:25-cv-01417 | Hedgecock et al v. Austin Independent School District |
| 1:25-cv-01449 | Seabourn v. Cook et al |
| 1:25-cv-01472 | Newman et al v. Homesite Insurance Company et al |
| 1:25-cv-01473 | WirelessWerx IP, LLC v. EZ Web Entertainment, Inc. |
| 1:25-cv-01487 | Barrera v. LDG Riverstone LP et al |
| 1:25-cv-01491 | Vossah v. Apple Inc. |
| 1:25-cv-01505 | Rodrigues et al v. State Farm Lloyds |
| 1:25-cv-01509 | Huang et al v. Paxton |
| 1:25-cv-01516 | Chapin v. IHI Agri-Tech Corporation |
| 1:25-cv-01525 | Lubinski v. State Farm Lloyds |
| 1:25-cv-01531 | Turtle Creek Market, LLC v. Nationwide Insurance Company of Florida |
| 1:25-cv-01533 | Maze Environmental LLC et al v. Litvak et al |
| 1:25-cv-01607 | Ganbat v. Dufresne Spencer Group, LLC |
| 1:25-cv-01630 | Daneshjou v. U.S. Bank Trust, N.A., et al |
| 1:25-cv-01640 | Cevallos v. Walmart, Inc. et al |
| 1:25-cv-01647 | Network System Technologies, LLC v. SK hynix Inc. et al |
| 1:25-cv-01648 | Network System Technologies, LLC v. Advanced Micro Devices, Inc. et al |
| 1:25-cv-01649 | Network System Technologies, LLC v. Marvell Semiconductor, Inc. et al |
| 1:25-cv-01656 | Rodriguez v. Ajinomoto Foods North America, Inc. |
| 1:25-cv-01661 | Estate of George Reyes et al v. 21st Mortgage Corporation et al |
| 1:25-cv-01663 | Ovalle v. Walmart, Inc. |
| 1:25-cv-01674 | Err Content IP, LLC v. ADT LLC |
| 1:25-cv-01696 | Nickels v. In My Parents Basement, Inc. et al |
| 1:25-cv-01710 | Enriquez v. Marriott Hotel Services, LLC et al |
| 1:25-cv-01719 | Alger v. TimeClock Plus, LLC |
| 1:25-cv-01724 | Bhejana v. Bank of America, N.A. |
| 1:25-cv-01735 | Glasscock Williams v. Newrez LLC et al |
| 1:25-cv-01740 | Benson et al v. City of Brenham et al |
| 1:25-cv-01785 | Park v. TCH Social - Austin |
| 1:25-cv-01803 | Interfaith Center on Corporate Responsibility et al v. Paxton |
| 1:25-cv-01805 | IN RE ORACLE CORPORATION DATA BREACH LITIGATION |
| 1:25-cv-01809 | Ningbo Jiuli CNC Machinery Co., Ltd. v. The Partnerships and Unincorporated Associations Identified on Sch |
| 1:25-cv-01823 | Wagner v. Commercial Metals Company |
| 1:25-cv-01825 | Dentinger v. Life Insurance Company of North America |
| 1:25-cv-01830 | Campbell v. ASI Lloyds |
| 1:25-cv-01843 | Path Vibe LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporat |
| 1:25-cv-01845 | WirelessWerx IP, LLC v. Zebra Technologies Corporation |

| | |
|---|---|
| 1:25-cv-01897 | Stephens v. University of Texas at Austin et al |
| 1:25-cv-01914 | Soliz v. Ford Motor Company |
| 1:25-cv-01929 | Big Will Enterprises Inc. v. Frotcom International, S.A. |
| 1:25-cv-01944 | Tate v. Bencor LLC et al |
| 1:25-cv-01947 | J. v. Lampasas Independent School District |
| 1:25-cv-01967 | Err Content IP, LLC v. Warner Bros. Discovery, Inc. |
| 1:25-cv-01986 | Li v. The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule A |
| 1:25-cv-02011 | Astute Electronics, Inc. v. General Motors LLC |
| 1:25-cv-02022 | Casey v. Provident Life and Accident Insurance Company |
| 1:25-cv-02046 | United States of America v. 2021 Jeep Wrangler Rubicon, VIN: 1C4JJXSJ0MW761808 |
| 1:25-cv-02053 | Cain et al v. Hyatt Corporation |
| 1:25-cv-02071 | Komandosky v. Sam's Club, LLC et al |
| 1:25-cv-02082 | Sesay v. Liberty Mutual Insurance Company |
| 1:25-cv-02084 | Allen v. Interplay Learning, Inc. et al |
| 1:25-cv-02093 | Forth Clemmons v. Midland Credit Management, Inc. |
| 1:25-cv-02097 | Yeti Coolers, LLC v. Oxirze LLC |
| 1:25-cv-02104 | Feng v. The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule A |
| 1:25-cv-02107 | Logan v. Texas Education Agency |
| 1:25-cv-02109 | Kirpicheva v. Bosh Enterprises, LLC et al |
| 1:25-cv-02115 | Heath-Grey v. Texas Department of Agriculture et al |
| 1:25-cv-02118 | Avery v. Kipp Texas, Inc. et al |
| 1:25-cv-02127 | Norris v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:25-cv-02134 | Anchor Loans, LP v. Lawver |
| 1:25-cv-02138 | Blunson v. Baylor Scott & White Health |
| 1:25-cv-02141 | Wise Underwriting Agency, LTD v. High Basin Brands Licenses, LLC et al |
| 1:25-cv-02171 | SemiLED Innovations LLC v. Wayfair LLC |
| 1:25-mc-00567 | Turbidy v. JPD Family Holdings, LLC |
| 1:25-mc-01284 | CTS Research Inc v. X Corporation |
| 1:25-mc-01489 | A.L.M. Holding Company et al v. Zydex Industries Private Limited et al |
| 1:25-mc-01969 | In Re: Westlake Surgical, L.P. |
| 1:26-cv-00001 | Read v. Kits Eyecare, Ltd. |
| 1:26-cv-00009 | Pointer v. The University of Phoenix, Inc. et al |
| 1:26-cv-00015 | O'Meara v. Lowe's Home Centers, LLC |
| 1:26-cv-00016 | Gialenes v. Spees et al |
| 1:26-cv-00025 | Lomax v. Thornton |
| 1:26-cv-00028 | Domino v. Nordstrom, Inc. |
| 1:26-cv-00036 | Golz et al v. City of Lakeway, Texas et al |
| 1:26-cv-00047 | Coffey v. City of Burnet, Texas et al |
| 1:26-cv-00053 | V. v. Round Rock Independent School District |
| 1:26-cv-00070 | Decker v. Chipton-Ross, Inc. et al |
| 1:26-cv-00078 | Chavez et al v. State Farm Lloyds |
| 1:26-cv-00081 | DAEDALUS PRIME LLC v. MARVELL TECHNOLOGY, INC. |

| | |
|---|---|
| 1:26-cv-00108 | Holloway et al v. State Farm Lloyds |
| 1:26-cv-00115 | Escobar v. PennyMac Loan Services, LLC |
| 1:26-cv-00118 | Hilferty v. Oracle Corporation et al |
| 1:26-cv-00149 | Ecore International Inc. v. Rubaroc LLC |
| 1:26-cv-00169 | Details Custom Builders, Inc. v. Randell Cohen et al |
| 1:26-cv-00171 | Hart v. The Federal Bureau of lnvestigations et al |
| 1:26-cv-00182 | Mendez v. Hays County, Texas |
| 1:26-cv-00183 | Alexander v. Kirchberg et al |
| 1:26-cv-00184 | Clark v. The University of Phoenix, Inc. et al |
| 1:26-cv-00216 | Ola v. MDI Services LLC et al |
| 1:26-cv-00217 | Lee et al v. City of Austin, Texas et al |
| 1:26-cv-00221 | Hollowell v. U.S. Department of Education |
| 1:26-cv-00223 | Jain et al v. Edlow |
| 1:26-cv-00224 | Saunders v. Lynch et al |
| 1:26-cv-00257 | Cannon v. Southern Mail Service |
| 1:26-cv-00262 | Online Trading Campus, LLC v. Robert Poulton et al |
| 1:26-cv-00310 | Connolly v. Equifax Information Services LLC |
| 1:26-cv-00311 | Brantley v. The University of Texas at Austin et al |
| 1:26-cv-00313 | AppClose, Inc. v. OurFamilyWizard, LLC |
| 1:26-cv-00333 | Groff et al v. Allstate Vehicle and Property Insurance Company |
| 1:26-cv-00341 | Bridell et al v. State Farm Lloyds |
| 1:26-cv-00354 | Kim-Krivec v. MediaLab.AI, Inc. |
| 1:26-cv-00364 | Genty v. Liberty Mutual Personal Insurance Company |
| 1:26-cv-00366 | The Board of Regents of the University of Texas System v. Mascot Realty, LLC et al |
| 1:26-cv-00370 | Raines v. Navy Federal Credit Union |
| 1:26-cv-00373 | Thom v. Percepta LLC et al. |
| 1:26-cv-00374 | Human Power of N Company v. Ambrosia Brands, LLC |
| 1:26-cv-00385 | Town v. iEnergizer Holdings Limited |
| 1:26-cv-00391 | Terrazzo USA and Associates, Inc. v. National Terrazzo and Mosaic Association et al |
| 1:26-cv-00408 | Oasis Capital, LLC et al v. Digital Brands Group, Inc. |
| 1:26-cv-00438 | Williams v. LexisNexis Risk Solutions Inc. |
| 1:26-cv-00440 | Burton v. Martin et al |
| 1:26-cv-00451 | Greenhaw v. Commissioner of Social Security |
| 1:26-cv-00461 | Copeland v. Housing Authority of the City of Austin (HACA) |
| 1:26-cv-00463 | Leigh v. Trader Joe's Company et al |
| 1:26-cv-00468 | Triumph Designs, Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:26-cv-00483 | Galasso-Munoz v. Equifax Information Services, LLC et al |
| 1:26-cv-00486 | Bell v. Experian Information Solutions, Inc. et al |
| 1:26-cv-00491 | Haddad v. Hays County et al |
| 1:26-cv-00500 | Rodriguez v. Steele GMC Round Rock |
| 1:26-cv-00509 | Rodriguez v. Steele GMC Round Rock |
| 1:26-cv-00527 | Cadence Bank v. Capital Certified Development Corporation et al |
| 1:26-cv-00542 | Centurion MPP Pte Ltd. v. Black River Shipping Corporation et al |

| | |
|---|---|
| 1:26-cv-00548 | King v. State Farm Lloyds |
| 1:26-cv-00555 | Haviland v. Alen Corporation et al |
| 1:26-cv-00579 | Romero v. Long Beach Mortgage Company et al |
| 1:26-cv-00588 | Heal v. 512 Creative Solutions, LLC et al |
| 1:26-cv-00591 | Raza v. Allstate Fire and Casualty Insurance Company |
| 1:26-cv-00595 | Price v. Encore Global et al |
| 1:26-cv-00605 | WirelessWerx IP, LLC v. EZ Web Enterprises, Inc. |
| 1:26-cv-00609 | Larson v. Safeco Insurance Company of Indiana |
| 1:26-cv-00628 | Wisniewski v. Target Corporation, Inc. |
| 1:26-cv-00634 | Lee v. Samsung E&C America, Inc. et al |
| 1:26-cv-00637 | Harrison v. Frost-Arnett Company |
| 1:26-cv-00652 | Big Will Enterprises Inc. v. Enterprise Holdings, Inc. |
| 1:26-cv-00657 | GoodEgg Stuff LLC v. Datian Jianchang Trading Co., Ltd. et al |
| 1:26-cv-00670 | Garrett v. The United States of America |
| 1:26-cv-00680 | Dondeti v. Jaguar Land Rover North America, LLC |
| 1:26-cv-00686 | Rizzo v. Advance Auto Parts, Inc. et al |
| 1:26-cv-00694 | Snyder v. United States Department of Justice Federal Bureau of Investigation |
| 1:26-cv-00705 | Robinson v. Damphousse et al |
| 1:26-cv-00729 | League of United Latin American Citizens et al v. Nelson et al |
| 1:26-cv-00731 | Walker v. Bisignano |
| 1:26-cv-00739 | Martin v. Best Buy Stores, LP |
| 1:26-cv-00744 | Tyer v. Peachtree Hotel Group II, LLC et al |
| 1:26-cv-00750 | Korrodi et al v. State Farm Lloyds |
| 1:26-cv-00754 | K.Mizra LLC v. Google LLC |
| 1:26-cv-00755 | Roxas Castillo v. Equifax Information Services, LLC et al |
| 1:26-cv-00757 | Sanchez v. Experian Information Solutions, Inc. |
| 1:26-cv-00764 | Paheryla et al v. Mullin et al |
| 1:26-cv-00793 | Quinteros Marquina v. Matt Swinney et al |
| 1:26-cv-00806 | Hill v. State Farm Lloyds |
| 1:26-cv-00816 | United States of America v. Twelve Assorted Firearms, and 6,131 Rounds of Assorted Ammunition, More or L |
| 1:26-cv-00822 | Utopia Villages, LP v. State Farm Lloyds |
| 1:26-cv-00824 | Burton v. City of Granite Shoals, Texas et al |
| 1:26-cv-00826 | Roser v. Panda Express (TX), LLC |
| 1:26-cv-00830 | King Garner v. Securian Financial Group, Inc. |
| 1:26-cv-00833 | Romelien v. Shonaz Foods, Inc. |
| 1:26-cv-00859 | Red Bull GMBH v. DOES 1-470 |
| 1:26-cv-00868 | Worthey v. Bisignano |
| 1:26-cv-00876 | Sanchez Estrada v. Lyons et al |
| 1:26-cv-00877 | Hill v. United States of America |
| 1:26-cv-00883 | Shavers v. Techtronic Industries Outdoor Power Equipment, Inc. |
| 1:26-cv-00886 | MOV-ology LLC v. Moonshot Ventures Inc. d/b/a Basin |
| 1:26-cv-00892 | Gonzalez Delgado v. U.S. Immigration and Customs Enforcement |
| 1:26-cv-00895 | Kreg Therapeutics, LLC et al v. VitalGo Systems, Ltd. et al |

| | |
|---|---|
| 1:26-cv-00897 | Pemberton v. Burmont Ventures, LLC et al |
| 1:26-cv-00901 | Houston v. Avis Rental Car Company |
| 1:26-cv-00924 | Gammage v. Boundless Network, Inc. |
| 1:26-cv-00931 | Chang v. Nestor Solutions, LLC et al |
| 1:26-cv-00939 | Edwards v. Home Depot U.S.A., Inc. |
| 1:26-cv-00947 | Yuan v. Employees Retirement System of Texas et al |
| 1:26-cv-00969 | Morrissey v. City of Georgetown, Texas et al |
| 1:26-cv-00977 | Biscaha v. No Scrubs, Inc. |
| 1:26-cv-00982 | Hood v. Target Corporation |
| 1:26-cv-00991 | Strong-Caluette v. Rentokil North America, Inc. et al |
| 1:26-cv-01001 | Austin High-Tech Restoration, Inc. v. ServiceMac, LLC et al |
| 1:26-cv-01026 | Monzingo v. Canopii Collaborative Inc. |
| 1:26-cv-01043 | Hanson et al v. McLane et al |
| 1:26-cv-01059 | Reyes v. University of Texas in Austin (UT AUSTIN) et al |
| 1:26-cv-01061 | Sturdivant et al v. American Economy Insurance Company et al |
| 1:26-cv-01068 | Wynn v. ApproveShield, LLC |
| 1:26-cv-01085 | Bennett v. Helid Holdings, LLC et al |
| 1:26-cv-01100 | Fischer et al v. Central Insurance Company |
| 1:26-cv-01105 | Shabazz v. VXI Global Solutions |
| 1:26-cv-01112 | Ross v. Homesite Insurance Company |
| 1:26-cv-01118 | Weedon v. Equifax Information Services, LLC |
| 1:26-cv-01121 | Knight v. Experian Information Solutions, Inc. et al |
| 1:26-cv-01122 | Beasley v. Experian Information Solutions, Inc. et al |
| 1:26-cv-01123 | Delk, Jr. v. Equifax Information Services, LLC |
| 1:26-cv-01137 | Truist Bank v. Gonzalez et al |
| 1:26-cv-01145 | Narayanaswamy v. Safeco Insurance Company |
| 1:26-cv-01152 | Modawi v. Castro et al |
| 1:26-cv-01174 | Short v. Texas Workforce Commission et al |
| 1:26-cv-01185 | Ma v. Edlow et al |
| 1:26-cv-01192 | McQuaid et al v. Tesla, Inc. |
| 1:26-cv-01196 | Babauta v. State Farm Lloyds |
| 1:26-cv-01203 | Zapco, Inc. v. Konica Minolta Business Solutions U.S.A., Inc. |
| 1:26-cv-01208 | Popkoff et al v. Nationwide Mutual Insurance Company |
| 1:26-cv-01218 | Beam et al v. Medina Sarria et al |
| 1:26-cv-01220 | Weaver v. Vecta Environmental Services, LLC |
| 1:26-cv-01247 | Ashby v. Carrington Mortgage Services, LLC |
| 1:26-cv-01250 | Lauren Horn Art LLC v. DOES 1-276 |
| 1:26-cv-01252 | VelocitySBA, LLC v. Gandhi et al |
| 1:26-cv-01256 | Guerrero Hernandez v. Vergara et al |
| 1:26-cv-01257 | Spring Bird LC v. Hoskins |
| 1:26-cv-01266 | The Dream Farm Pty. Ltd. v. The Individuals, Businesses Entities.. |
| 1:26-cv-01637 | C.A. v. Oracle Corporation |
| 1:26-cv-01654 | Lundquist v. Oracle Corporation et al |

| | |
|---|---|
| 1:26-cv-01659 | Andrade v. Oracle Corporation et al |
| 1:26-cv-01791 | Beatty v. Oracle Corporation et al |
| 1:26-cv-01832 | Garcia Valera v. Marmolejo et al |
| 1:26-cv-01842 | Sanchez Gonzalez v. Dtor of the T. Don Hutto Processing Center et al |
| 1:26-cv-01850 | Reyes Zamora v. Warden/Facility Administrator, T. Don Hutto Detention Center et al |
| 1:26-cv-01852 | Vallejo Martinez v. Blanche et al |
| 1:26-cv-01863 | Menjivar-Araujo v. Blanche et al |
| 1:26-cv-01873 | Madrid Pena v. U.S. Immigration and Customs Enforcement (ICE) |
| 1:26-cv-01874 | Actian Corporation v. Edmunds GovTech, Inc. |
| 1:26-cv-01904 | Herrera Solis v. Vergara et al |
| 1:26-cv-01938 | Marquez Santana v. Collins |
| 1:26-cv-01981 | K.Mizra LLC v. Portnox Security LLC |
| 1:26-cv-01983 | Arroyo Cabrera v. Venturella et al |
| 1:26-cv-01998 | Vijil Chavarria v. Attorney General of the United States et al |
| 1:26-cv-02012 | Medina Arenas v. Collins |
| 1:26-cv-02013 | Pereira Da Silva Gois v. Warden, T Don Hutto Detention Center |
| 1:26-cv-02015 | Municipal Parking Services, Inc. v. Parking Revenue Recovery Services, Inc. et al |
| 1:26-cv-02036 | Gochez v. Director, T. Don Hutto Processing Center et al |
| 1:26-cv-02062 | Pena v. US Immigration and Customs Enforcement |
| 1:26-cv-02158 | Pantoja Hernandez v. Director, T. Don Hutto Immigration Processing Center et al |
| 1:26-cv-02186 | Romero Pinot v. Warden, T. Don Hutto Detention Center et al |
| 1:26-cv-02189 | Cantor Feria v. Warden/Facility Administrator, T. Don Hutto Detention Center et al |
| 1:26-cv-02256 | Rivas Hernandez v. Blanche et al |
| 1:26-cv-02271 | Lopez-Estrada v. Collins et al |
| 1:26-mc-00039 | Dalley v. Randolph Brooks Federal Credit Union et al |
| 1:26-mc-00682 | General Video, LLC v. General Video, LLC et al |
| 1:26-mc-00815 | Turiello et al v. Central Sprinkler LLC et al |
| 1:26-mc-01934 | Clean Chemistry, Inc. v. Chemstation International, Inc. |
| 1:26-mc-01965 | Qualcomm Incorporated et al v. Wi-LAN Inc. |

| | |
|---|---|
| 1:15-cv-1042 | Bergman v Stroman |
| 1:18-cv-762 | Inhale, Inc. v. Gravitron, LLC |
| 1:23-cv-1212 | Quantum Imaging, LLC v. Sony Group Corporation et al |
| 1:24-cv-725 | Siantou v North Amer Savings Bank |
| 1:24-cv-1533 | Law v. EMS LINQ, LLC |
| 1:25-cv-635 | Pitner v SSA |
| 1:25-cv-1156 | Cotreras v FBI headquarters |
| 1:25-cv-1786 | schedule A case |
| 1:26-cv-13 | Moore v Cobos |
| 1:26-cv-24 | TAFTA v Morath |
| 1:26-cv-160 | Griffin v PepsiCo |
| 1:26-cv-336 | Farrar v TX Board of Law Examiners |
| 1:26-cv-561 | Carrizales-Avila v. Noem et al |

| | |
|---|---|
| 1:26-cv-658 | Benavente Sic v. Vergara et al |
| 1:26-cv-751 | Martinez v. Collins et al |
| 1:26-cv-768 | Hernandez Amaya v. Collins et al |
| 1:26-cv-785 | Moreno Romero v. Vergara et al |
| 1:26-cv-820 | Martinez Mateo v. Vergara et al |
| 1:26-cv-856 | Garcia Castrillo v. Blanche et al |
| 1:26-cv-1025 | Luis Ricardo v. Collins et al |
| 1:26-cv-1103 | Vasquez-Barrera v. Collins et al |
| 1:26-cv-1151 | Benitez-Cruz v. Blanche et al |
| 1:26-cv-1243 | Cantor Feria v. Mullin et al |
| 1:26-cv-1279 | Mbague Pouka v. Lyons et al |

Only those named cases set forth above shall be affected by this Order.

SIGNED and ENTERED on this 24th day of November 2026.



ALIA MOSES
Chief United States District Judge
Western District of Texas